**SPECTOR GADON ROSEN VINCI P.C.**
By:    Alan B. Epstein (Pa. I.D. No. 02346)
       Adam A. Filbert (Pa. I.D. No. 330960)
1635 Market Street, 7th Floor
Philadelphia, PA  19103
(215) 241-8832 / (215) 531-9103 (Fax)
aepstein@sgrvlaw.com                     *Attorneys for Plaintiff, Janet Monge*

*Filed and Attested by the
Office of Judicial Records
20 APR 2022 02:51 pm
S. RICE*

---

| | |
|---|---|
| **JANET MONGE**<br>**106 Federal Street**<br>**Philadelphia, PA 19147**<br>   **Plaintiff,**<br><br>  **v.**<br><br>**UNIVERSITY OF PENNSYLVANIA**<br>**2929 Walnut Street, Suite 400**<br>**Philadelphia, PA 19104**<br><br>**And**<br><br>**AMY GUTMANN, WENDELL**<br>**PRITCHETT, KATHLEEN**<br>**MORRISON, DEBORAH THOMAS,**<br>**& CHRISTOPHER WOODS**<br>**in their individual capacities,**<br>**c/o University of Pennsylvania**<br>**2929 Walnut Street, Suite 400**<br>**Philadelphia, PA 19104**<br><br>**And**<br><br>**PAUL MITCHELL**<br>**511 N. Broad St.**<br>**Philadelphia, PA 19123**<br>**and**<br>**c/o University of Pennsylvania**<br>**2929 Walnut Street, Suite 400**<br>**Philadelphia, PA 19104**<br><br>**And** | **CIVIL ACTION**<br><br>**NO.**<br><br>**JURY TRIAL DEMANDED** |

Case ID: 220401655

**BILLY PENN**
**150 N. 6th St.**
**Philadelphia, PA 19106**

**And**

**MAYA CASUTTO,**
**in her individual capacity,**
**c/o Billy Penn**
**150 N. 6th St.**
**Philadelphia, PA 19106**

**And**

**THE PHILADELPHIA INQUIRER,**
**PBC**
**801 Market Street, Suite 300**
**Philadelphia, PA  19107**

**And**

**ABDUL ALIY MUHAMMAD &**
**JENICE ARMSTRONG**
**in their individual capacities,**
**c/o The Philadelphia Inquirer,**
**PBC**
**801 Market Street, Suite 300**
**Philadelphia, PA 19107**

**And**

**THE NEW YORKER**
**481 8th Avenue & 31st St,**
**New York, NY 10001**

**And**

**HEATHER ANN THOMPSON**
**in her individual capacity,**
**c/o The New Yorker**
**481 8th Avenue & 31st St,**
**New York, NY 10001**

**And**

**ESPN, INC. d/b/a ANDSCAPE**
**545 Middle Street**
**Bristol, CT 06010**

**And**

**NICOLE FROIO & LINN**
**WASHINGTON**
**in their individual capacities,**
**c/o ESPN, INC.**
**545 Middle Street**
**Bristol, CT 06010**

**And**

**THE ASSOCIATION OF BLACK**
**ANTHROPOLOGISTS**
**2300 Clarendon Blvd., Suite**
**1301**
**Arlington, VA 22201**

**And**

**THE SOCIETY OF BLACK**
**ARCHAEOLOGISTS**
**PO Box 3771**
**Santa Monica, CA 90409**

**And**

**THE GUARDIAN MEDIA GROUP**
**d/b/a THE GUARDIAN**
**61 Broadway**
**New York, NY 10006**

**And**

**ED PILKINGTON**
**in his individual capacity,**
**c/o The Guardian**
**61 Broadway**
**New York, NY 10006**

Case ID: 220401655

**And**

**DAILY MAIL AND GENERAL**
**TRUST, PLC d/b/a DAILY MAIL**
**51 Astor Place**
**New York, NY 10003**

**And**

**ADAM SCHRADER**
**in his individual capacity,**
**c/o Daily Mail**
**51 Astor Place**
**New York, NY 10003**

**AND**

**SLATE**
**15 Metrotech Center, 8th Floor**
**Brooklyn, NY 11201**

**AND**

**ELAIN AYERS**
**in her individual capacity,**
**c/o SLATE**
**15 Metrotech Center, 8th Floor**
**Brooklyn, NY 11201**

**And**

**NEW YORK POST**
**1211 Avenue of the Americas**
**New York, NY 10036**

**And**

**JACKSON O' BRYAN**
**in his individual capacity,**
**c/o New York Post**
**1211 Avenue of the Americas**
**New York, NY 10036**

**And**

**TEEN VOGUE**
**1 World Trade Center**
**New York, NY 10007**

**And**

**EZRA LERNER**
**in his individual capacity,**
**c/o Teen Vogue**
**1 World Trade Center**
**New York, NY 10007**

**And**

**HYPERALLERGIC MEDIA**
**181 N. 11th Street, Suite 302**
**Brooklyn, NY 11211**

**And**

**KINJAL DAVE & JAKE**
**NUSSBAUM**
**in their individual capacities,**
**c/o Hyperallergic Media**
**181 N. 11th Street, Suite 302**
**Brooklyn, NY 11211**

**And**

**SMITHSONIAN MAGAZINE**
**600 Maryland Avenue,**
**Southwest Suite 6001**
**Washington, DC 20024**

**And**

**NORA MCGREEVY**
**in her individual capacity,**
**c/o Smithsonian Magazine**
**600 Maryland Avenue,**
**Southwest Suite 6001**

Washington, DC 20024


**And**


**AL DIA NEWS**
**1835 Market Street, 4th Floor**
**Philadelphia, PA 19103**

**And**

**BRITTANY VALENTINE**
**in her individual capacity,**
**c/o Al Dia News**
**1835 Market Street, 4th Floor**
**Philadelphia, PA 19103**

        **Defendants.**

## PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY**:

       Please issue a Writ of Summons in connection with the above-referenced matter.

                Respectfully submitted,

                **SPECTOR GADON ROSEN VINCI, P.C.**


                */s/ Alan B. Epstein*
                Attorney for Plaintiff,
                Janet Monge
                1635 Market Street, 7th Floor
Date: April 20, 2022      Philadelphia, PA 19103

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | | |

To[1]

University of Pennsylvania

2929 Walnut Street, Suite 400

Philadelphia, PA 19104

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

---
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Amy Gutmann c/o University of PA
_____

2929 Walnut Street, Suite 400
_____

Philadelphia, PA 19104
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____

10-208 (Rev. 6/14

220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____          :          COURT OF COMMON PLEAS
*Plaintiff*                                   :
                                              :          _____Term, 20_____
                                              :
                          vs.                 :
                                              :          No._____
UNIVERSITY OF PENNSYLVANIA, et al.            :
_____          :
*Defendant*

To[1]

Wendell Pritchett, c/o University of PA
_____

2929 Walnut Street, Suite 400
_____

Philadelphia, PA 19104
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*




By: _____

Date:_____

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

              vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Kathleen Morrison, c/o University of PA
_____

2929 Walnut Street, Suite 400
_____

Philadelphia, PA 19104
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Deborah Thomas, c/o University of PA

2929 Walnut Street, Suite 400

Philadelphia, PA 19104

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

            vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Christopher Woods, c/o University of PA
_____

2929 Walnut Street, Suite 400
_____

Philadelphia, PA 19104
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

220401655
20 APR 2022 02:51 pm
S. RICE

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

              vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Paul Mitchell
_____

511 N. Broad St.
_____

Philadelphia, PA 19123
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



10-208 (Rev. 6/14

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
_Plaintiff_

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
_Defendant_

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Billy Penn

150 N. 6th Street

Philadelphia, PA 19106

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*



By: _____

Date: _____

10-208 (Rev. 6/14

Case ID: 220401655

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE _____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

                    vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:    COURT OF COMMON PLEAS
:
:    _____Term, 20_____
:
:
:    No._____
:
:

To[1]

Maya Casutto, c/o Billy Penn
_____

150 N. 6th Street
_____

Philadelphia, PA 19106
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

              vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

The Philadelphia Inquirer
_____

801 Market Street, Suite 300
_____

Philadelphia, PA 19107
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

                vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Abdul Aliy-Muhammad, c/o Philadelphia
_____

Inquirer, 801 Market Street, Suite 300
_____

Philadelphia, PA 19107
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

## Commonwealth of Pennsylvania
### COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

                    vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Jenice Armstrong, c/o Philadelphia
_____

Inquirer, 801 Market Street, Suite 300
_____

Philadelphia, PA 19107
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:     COURT OF COMMON PLEAS
:
:     _____Term, 20_____
:
:     No._____
:
:

To[1]

The New Yorker
_____

481 8th Avenue & 31st Street
_____

New York, NY 10001
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Heather Ann Thompson, c/o The New
_____

Yorker, 481 8th Avenue & 31st Street
_____

New York, NY 10001
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

ESPN, Inc. d/b/a Andscape
_____

545 Middle Street
_____

Bristol, CT 06010
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____




10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Nicole Froio, c/o ESPN, Inc.

545 Middle Street

Bristol, CT 06010

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

Case ID: 220401655

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

                    vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania

## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Linn Washington, c/o ESPN, Inc.

545 Middle Street

Bristol, CT 06010

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT  OF  COMMON  PLEAS

_____Term, 20_____

No._____

To[1]

The Association of Black Anthropologists
_____

2300 Clarendon Blvd., Suite 1301
_____

Arlington, VA 22201
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

                    vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

The Society of Black Archaeologists
_____

PO Box 3771
_____

Santa Monica, CA 90409
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

Case ID: 220401655

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | |
|---|---|
| JANET MONGE | : |
| *Plaintiff* | : |
| | : |
| vs. | : |
| | : |
| UNIVERSITY OF PENNSYLVANIA, et al. | : |
| *Defendant* | : |

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

The Guardian Media Group d/b/a The

Guardian, 61 Broadway

New York, NY 10006

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

Case ID: 220401655

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Ed Pilkington, c/o The Guardian
_____

61 Broadway
_____

New York, NY 10006
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Daily Mail and General Trust d/b/a

Daily Mail, 51 Astor Place

New York, NY 10003

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*



By: _____

Date:_____

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Adam Schrader, c/o Daily Mail

51 Astor Place

New York, NY 10003

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14)

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To [1]

Slate

15 Metrotech Center, 8th Floor

Brooklyn, NY 11201

# Writ of Summons

You are notified that the Plaintiff [2]
*Usted esta avisado que el demandante*

Janet Monge

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



10-208 (Rev. 6/14

---

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

          vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Elain Ayers, c/o Slate

15 Metrotech Center, 8th Floor

Brooklyn, NY 11201

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al._____
*Defendant*

# SUMMONS



Case ID: 220401655

Summons
Citacion

**Commonwealth of Pennsylvania**
COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | | |

To[1]

New York Post

1211 Avenue of the Americas

New York, NY 10036

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
_Plaintiff_

                          vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
_Defendant_

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Jackson O'Bryan, c/o New York Post

1211 Avenue of the Americas

New York, NY 10036

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | | |

To[1]

Teen Vogue

1 World Trade Center

New York, NY 10007

# Writs of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons<br>Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:  COURT OF COMMON PLEAS
:
:  _____Term, 20_____
:
:  No._____
:
:
:

To[1]

Ezra Lerner, c/o Teen Vogue
_____

1 World Trade Center
_____

New York, NY 10007
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:    COURT OF COMMON PLEAS
:
:    _____Term, 20_____
:
:
:    No._____
:
:

To[1]

Hyperallergic Media
_____

181 N. 11th Street, Suite 302
_____

Brooklyn, NY 11211
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

---
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

220401655
20 APR 2022 02:51 pm
S. RICE

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

                          vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE                          :     COURT OF COMMON PLEAS
_____     :
_Plaintiff_                          :     _____Term, 20_____
                                     :
                                     :
            vs.                      :     No._____
                                     :
                                     :
UNIVERSITY OF PENNSYLVANIA, et al.   :
_____     :
_Defendant_

To[1]

Kinjal Dave, c/o Hyperallergic Media
_____

181 N. 11th Street, Suite 302
_____

Brooklyn, NY 11211
_____

# Writ of Summons

You are notified that the Plaintiff[2]
_Usted esta avisado que el demandante_

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
_Ha (han) iniciado una accion en contra suya._



ERIC FEDER
_Director, Office of Judicial Records_

By: _____

Date: _____

220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

Case ID: 220401655

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

                    vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



Case ID: 220401655

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | | |

To[1]

Jake Nussbaum, c/o Hyperallergic Media

181 N. 11th Street, Suite 302

Brooklyn, NY 11211

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*



By: _____

Date: _____

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Smithsonian Magazine
_____

600 Maryland Avenue, SW Suite 6001
_____

Washington, DC 20024
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
_Plaintiff_

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
_Defendant_

# SUMMONS



Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE                                    :    COURT OF COMMON PLEAS
_____              :
*Plaintiff*                                    :    _____Term, 20_____
                                               :
                                               :
                    vs.                        :    No._____
                                               :
                                               :
UNIVERSITY OF PENNSYLVANIA, et al.             :
_____              :
*Defendant*

To[1]

Nora McGreevy c/o Smithsonian Magazine
_____

600 Maryland Avenue, SW Suite 6001
_____

Washington, DC 20024
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

| | | |
|---|---|---|
| JANET MONGE | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____Term, 20_____ |
| | : | |
| vs. | : | |
| | : | No._____ |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| *Defendant* | : | |

To[1]

Al Dia News

1835 Market Street, 4th Floor

Philadelphia, PA 19103

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



220401655
20 APR 2022 02:51 pm
S. RICE

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

JANET MONGE
_____

*Plaintiff*

               vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____

*Defendant*

:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

_____Term, 20_____

No._____

To[1]

Brittany Valenine, c/o Al Dia News
_____

1835 Market Street, 4th Floor
_____

Philadelphia, PA 19103
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Janet Monge
_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____



10-208 (Rev. 6/14

_____

1 Name(s) of Defendant(s)
2 Name(s) of Plaintiff(s)

Case ID: 220401655

# Court of Common Pleas

_____ Term, 20 _____

No. _____

JANET MONGE
_____
*Plaintiff*

vs.

UNIVERSITY OF PENNSYLVANIA, et al.
_____
*Defendant*

# SUMMONS



220401655
20 APR 2022 02:51 pm
S. RICE

Case ID: 220401655