IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONGE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** et al | : | **NO.: 22-cv-2942** |

**O R D E R**

**AND NOW**, this **28th** day of **JULY, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Timothy J. Savage to the calendar of the Honorable Harvey Bartle, III for further proceedings.

FOR THE COURT:

**JUAN R. SÁNCHEZ**
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**