IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MONGE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA et al | : | NO.: 22-cv-2942 |

# O R D E R

**AND NOW**, this **2nd** day of **AUGUST, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Harvey Bartle, III to the calendar of the Honorable Gene E.K. Pratter for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**