IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| *Defendants* | : | No. 22-2942 |

### O R D E R

**AND NOW**, this 4th day of August, 2022, upon consideration of the parties' letter to the Court dated August 4, 2022 and the stipulation contained therein, it is **ORDERED** that the following deadlines shall apply:

1. Defendants must **RESPOND** to Plaintiff Ms. Monge's Complaint on or before **August 12, 2022**;

2. Plaintiff Ms. Monge must **FILE** any response to any motion made by one or more of the defendants on or before **September 1, 2022**; and

3. Defendants must **FILE** any reply in support of any motion on or before **September 15, 2022**.

It is **FURTHER ORDERED** that the Motions for an Extension of Time (Doc. Nos. 12, 13, 14, 17, 18, 20) are **DEEMED MOOT**.

BY THE COURT:

s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1