UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE, | : |
| Plaintiff, | : Civil Action No.: 2:22-CV-02942 |
| v. | : |
| UNIVERSITY OF PENNSYLVANIA et al., | : |
| Defendants. | : |

## **STIPULATION FOR EXTENSION OF TIME**

It is hereby stipulated by, between and among all Counsel representing each of the Parties to the present litigation that:

- as previous agreed before the Removal of the matter to this Court was affected, all Defendants shall have an extension up to and including August 12, 2022, to file a Response to Plaintiff's Amended Complaint in this matter; and

- the Plaintiff shall then have until at least September 1, 2022, to respond, and each of the Defendants shall have at least until September 15, 2022 to file any Reply, with the *proviso* that each of the Parties has no objection to the resetting of those deadlines by motion or stipulation should additional time for Responses and Replies be reasonably necessary based upon on the nature of the Responses filed to the Amended Complaint.

| **Spector Gadon Rosen Vinci, P.C.** | **Thomas Paschos & Associates, P.C.** |
|---|---|
| /s/ *Alan B. Epstein* | /s/ *Thomas Paschos* |
| Alan B. Epstein, Esquire (PA I.D. No. 02346)<br>1635 Market Street, 7th Floor<br>Philadelphia, PA19102 | Thomas Paschos, Esquire (PA I.D. No. 43935) |

| | |
|---|---|
| *Attorney for Plaintiff,*<br>*Janet Monge* | 325 Chestnut Street, Suite 800<br>Philadelphia, PA 19106<br>*Attorney for Defendant*<br>*Hyperallergic Media, Inc.* |
| **Morgan Lewis & Bockius LLP**<br><br>**/s/** *Michael L. Banks* | **LeVan Stapelton Segal Cochran LLC**<br><br>**/s/** *Eli Segal* |
| Michael L. Banks, Esquire (PA I.D. No. 35052)<br>1701 Market Street<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*University of Pennsylvania, Amy Guttman, Wendell Pritchett, Kathleen Morrison, Deborah Thomas, & Christopher Woods* | Eli Segal, Esquire (PA I.D. No. 205845)<br>One Liberty Place<br>1650 Market St., Suite 3600<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*Philadelphia Inquirer, Abdul Aliy Muhammad, & Jenice Armstrong* |
| **Gordon Rees Scully Mansukhani LLP**<br><br>**/s/** *Ronald A. Giller* | **Wilson Elser Moskowitz Edelman & Dicker LLP**<br><br>**/s/** *Kathleen D. Wilkinson* |
| Ronald A. Giller, Esquire (PA I.D. No. 308588)<br>1717 Arch St., #610<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*Billy Penn & Maya Kasutto* | Kathleen D. Wilkinson, Esquire (PA I.D. No. 34579)<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>*Attorney for Defendant,*<br>*American Anthropological Association* |
| **Fox Rothschild LLP**<br><br>**/s/** *Michael K. Twersky* | **Fineman Krekstein & Harris**<br><br>**/s/** *Andrew A. Chirls* |
| Michael K. Twersky, Esquire (PA I.D. No. 80568)<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*Al Dia News & Brittany Valentine* | Andrew A. Chirls, Esquire (PA I.D. No. 35422)<br>Ten Penn Center<br>1801 Market Street, Suite 1140<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*NYP Holdings, Inc., d/b/a New York Post, Jackson O'Bryan, Teen Vogue, Ezra Lerner, The New Yorker, Heather Ann Thompson, Slate, Elain Ayers, Guardian Media Group d/b/a The Guardian, Ed Pilkington, The New York Times Company, Michael Levenson, Daily Mail and General Trust, PLC d/b/a Daily Mail. And Adam Schrader* |

| | |
|---|---|
| **Salmon Ricchezza Singer & Turchi LLP**<br><br>*/s/ Joseph L. Turchi*<br>Joseph L. Turchi, Esquire (PA I.D. No. 65294)<br>1601 Market Street, Suite 2500<br>Philadelphia, Pennsylvania 19103<br>*Attorney for Defendant,*<br>*Society of Black Archaeologists* | **Fisher Phillips**<br><br>*/s/ Michael R. Galey*<br>Michael R. Galey, Esquire (PA I.D. No. 206847)<br>100 N. 18th St.<br>Philadelphia, PA 19103<br>*Attorney for Defendants,*<br>*Paul Mitchell, Kinjal Dave, & Jake Nussbaum* |
| **Troutman Pepper Hamilton Sanders LLP**<br><br>*/s/ Michael Baughman*<br>Michael Baughman, Esquire (PA I.D. No. 78690)<br>3000 Two Logan Square<br>Eighteenth and Arch Streets<br>Philadelphia, PA 19103<br>*Attorney for Defendant,*<br>*Nora McGreevy* | |

**APPROVED BY THE COURT:**

_____
GENE E.K. PRATTER, U.S.D.J.

Dated: August 3, 2022