IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, :<br>            Plaintiff :<br>v. :<br>              :<br>UNIVERSITY OF PENNSYLVANIA, et al. :<br>              :<br>        Defendants. :<br>              :<br>              :<br>              : | | CIVIL ACTION<br><br>No. 22-cv-02942 (GP) |

## DEFENDANT NORA MCGREEVY'S MOTION TO DISMISS

Defendant Nora McGreevy hereby moves to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. The reasons supporting this Motion are fully set forth in the accompanying Memorandum of Law, which is incorporated herein as though fully set forth in this Motion.

WHEREFORE, Defendant Nora McGreevy respectfully requests that the Court grant her Motion to Dismiss.

Date: August 12, 2022

Respectfully submitted,

*/s/ Michael E. Baughman*
Michael E. Baughman
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215-981-4000
Michael.Baughman@troutman.com

*Attorney for Defendant Nora McGreevy*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | No. 22-cv-02942 (GP) |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**PROPOSED ORDER**

AND NOW, on this _____ day of _____, 2022, upon consideration of Nora McGreevy's Motion to Dismiss and her accompanying Memorandum of Law incorporated therein, IT IS HEREBY ORDERED that Nora McGreevy's Motion to Dismiss is GRANTED with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

BY THE COURT:

_____
Pratter, J.

**CERTIFICATE OF SERVICE**

I, Michael E. Baughman, attorney for Nora McGreevy, Defendant in this matter, certify that a copy of the foregoing Memorandum in Support of Nora McGreevy's Motion to Dismiss was served via this Court's electronic filing system upon all counsel of record this 12th day of August, 2022:

/s/ *Michael E. Baughman*
Michael E. Baughman