UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PENNSYLVANIA, et al.<br><br>　　　　　　　　Defendant | Civil Action No.: 2:22-cv-02942 |

**DEFENDANT THE SOCIETY OF BLACK ARCHAEOLOGISTS RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedures, Defendant., The Society of Black Archaeologists, by and through its attorneys, Salmon, Ricchezza, Singer & Turchi, LLP provides the following statement:

1.　Defendant The Society of Black Archaeologists is a District of Columbia Non-Profit corporation with no parent or Subsidiary Corporation.

　　　　　　　　**SALMON, RICCHEZZA, SINGER & TURCHI LLP**

　　　　　　　　By:　　/s/ Michele L. Weckerly　　　

　　　　　　　　Michele L. Weckerly
　　　　　　　　Attorneys for Defendant
　　　　　　　　The Society of Black Archaeologists

　　　　　　　　1601 Market Street, Suite 2500
　　　　　　　　Philadelphia, PA 19103
　　　　　　　　(215) 606-6600

Dated: August 12, 2022

{J0804730.DOCX}

## **CERTIFICATE OF SERVICE**

I, Michele L. Weckerly, hereby certify that a true and correct copy The Society of Black Archaeologists Disclosure Statement was filed with the Court via electronic filing this 12th day of August 2022 and were served on this date via electronic filing to all counsel of record.

                                              By:   /s/ Michele L. Weckerly

                                                    Michele L. Weckerly
                                                    Attorneys for Defendant
                                                    The Society of Black Archaeologists

                                                    1601 Market Street, Suite 2500
                                                    Philadelphia, PA 19103
                                                    (215) 606-6600

Dated: August 12, 2022