IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, *Defendants* | : : : | No. 22-2942 |

## ORDER

AND NOW, this 12th day of August, 2022, upon consideration of the Motion for *Pro Hac Vice* Admission of Alexandra M. Settelmayer (Doc. No. 32), it is **ORDERED** that the Motion (Doc. No. 32) is **GRANTED** and Alexandra M. Settelmayer, Esquire is admitted in this case *pro hac vice* for NYP Holdings, Inc., d/b/a New York Post, Teen Vogue, The New Yorker, Slate, Guardian Media Group, d/b/a the Guardian, The New York Times Company, Daily Mail and General Trust, PLC, d/b/a Daily Mail, Heather Ann Thompson, Ed Pilkington, Adam Schrader, Elain Ayer, Jackson O'Bryan, Ezra Lerner, and Michael Levenson.

Counsel shall (i) familiarize and comport herself in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, Andrew A. Chirls, Esquire shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Alexandra M. Settelmayer, Esquire shall be permitted to participate in all aspects of the instant litigation on behalf of NYP Holdings, Inc., d/b/a New York Post, Teen Vogue, The New Yorker, Slate, Guardian Media Group, d/b/a the Guardian, The New York Times Company, Daily Mail and General Trust, PLC, d/b/a Daily Mail, Heather Ann

Thompson, Ed Pilkington, Adam Schrader, Elain Ayer, Jackson O'Bryan, Ezra Lerner, and Michael Levenson.[1]

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Counsel must request access to ECF through a PACER account. Information about this process can be found on the Court's website by using the following link: https://www.paed.uscourts.gov/nextgen-cmecf.