IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | CIVIL ACTION |
| Plaintiff | : | No. 2:22-cv-02942-GEKP |
| v. | : | |
| UNIVERSITY OF PENNSYLVANIA, et al., | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above-captioned matter for defendant Nora McGreevy.

Date: August 23, 2022

Respectfully submitted,

*/s/ Julian N. Weiss*
Julian Newton Weiss (Pa. Bar No. 329232)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
215-981-4000
julian.weiss@troutman.com

*Attorney for Defendant Nora McGreevy*

## CERTIFICATE OF SERVICE

I, Julian Newton Weiss, certify that a copy of the foregoing Entry of Appearance was filed and served via this Court's electronic filing system upon all counsel of record this 23rd day of August, 2022:

/s/ *Julian Newton Weiss*
Julian Newton Weiss