IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| *Defendants* | : | **No. 22-2942** |

## O R D E R

**AND NOW**, this 31st day of August, 2022, upon consideration of the parties' letter to the Court dated August 31, 2022 and the stipulation contained therein, it is **ORDERED** that the following deadlines shall apply:

1. Plaintiff Ms. Monge must **FILE** any response to any motion made by one or more of the defendants on or before **September 23, 2022**; and

2. Defendants must **FILE** any reply in support of any motion on or before **October 7, 2022**.

BY THE COURT:

s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1