UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| JANET MONGE, | : | |
| | : | No. 22-cv-2942 (GEKP) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |
| | : | |
| Defendants. | : | |

_____

## DEFENDANTS' MOTION TO STAY DISCOVERY PENDING OUTCOME OF MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 26(c) Defendants[1] respectfully move this Court for an Order staying discovery until the court rules on the Defendants' Motions to Dismiss the First Amended Complaint (Dkt. Nos. 28, 34, 36, 37, 38, 39, 40, 42, 45, 47, 51 and 53). Defendants rely on the Memorandum of Law in support of this Motion, which is being filed with the Court.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
Jeremy A. Chase (*pro hac vice*)
Amanda B. Levine (*pro hac vice*)
Alexandra M. Settelmayer (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 489-8230
Email: jeremychase@dwt.com
amandalevine@dwt.com
alexandrasettelmayer@dwt.com

---

[1] Defendant Nora McGreevey joins in this motion. She will be filing separate papers in support of a stay of discovery.

{01851458;v1}

Andrew A. Chirls
Fineman Krekstein & Harris
1801 Market Street, Suite 1100
Philadelphia, PA 19103
Tel: (215) 893-8715
Email: achirls@finemanlawfirm.com
*Attorneys for Defendants Advance Magazine Publishers Inc. d/b/a The New Yorker and Teen Vogue, Ezra Lerner, Heather A. Thompson, Associated, Newspapers Limited d/b/a The Daily Mail, Adam Schrader, ESPN Inc. d/b/a Andscape, Linn Washington, Nicole Froio, Guardian News & Media Limited d/b/a The Guardian, Ed Pilkington, NYP Holdings, Inc. d/b/a New York Post, Jackson O'Bryan, a/k/a Blake Montgomery, The New York Times Company, Michael Levenson, The Slate Group, LLC, and Elaine Ayers*

Michael L. Banks
Benjamin K Jacobs
Ali M. Kliment
Alexis Caris
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5650/4614
Fax: (215) 963-5001
Email: michael.banks@morganlewis.com
benjamin.jacobs@morganlewis.com
ali.kliment@morganlewis.com
alexis.caris@morganlewis.com

*Attorneys for Defendants University of Pennsylvania, Amy Gutmann, Wendell Pritchett, Kathleen Morrison, Deborah Thomas, and Christopher Woods*

Todd Alan Ewan
Michael R. Galey
FISHER & PHILLIPS LLP
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
Tel: (610) 230-2150
Fax: (610) 230-2151
Email: tewan@fisherphillips.com
mgaley@fisherphillips.com

*Attorneys for Defendants Paul Mitchell, Jake Nussbaum, and Kinjal Dave*

Ronald A. Giller
D. Wesley Meehan
GORDON REES SCULLY
MASUKHANI LLP
Three Logan Square
1717 Arch St., Suite 610
Philadelphia, PA 19103

*Attorneys for Defendants Billy Penn and Maya Kasutto*

Kathleen D. Wilkinson
WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP
Two Commerce Square
200 Market Street – Suite 3100
Philadelphia, PA 19103
Tel: (215) 627-6900
Fax: (215) 627-2665
Email: Kathleen.Wilkinson@wilsonelser.com

*Attorneys for Defendant American Anthropological Association*

Joseph L. Turchi
Jared A. Trachtenberg
Michele L. Weckerly
SALMON RICCHEZZA
SINGER & TURCHI LLP
1601 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 606-6600
Fax: (215) 606-6601
Email: jturchi@srstlaw.com
       jtrachtenberg@srstlaw.com
       mweckerly@srstlaw.com

*Attorneys for Defendant The Society of Black Archaeologists*

Eli Segal
Peter H. LeVan, Jr.
LeVAN STAPLETON
SEGAL COCHRAN LLC
One Liberty Place
1650 Market Street, Suite 3600 Philadelphia, PA 19103
Tel: (215) 402-6555
Email: esegal@levanstapleton.com
       plevan@levanstapleton.com

*Attorneys for Defendants The Philadelphia Inquirer, PBC, Abdul-Aliy Muhammad, and Jenice Armstrong*

Thomas Paschos, Esquire
THOMAS PASCHOS
& ASSOCIATES, P.C.
325 Chestnut Street, Suite 800 Philadelphia, PA 19106
Tel: (215) 636-0555
Email: TPaschos@paschoslaw.com

*Attorneys for Defendant Hyperallergic Media, Inc.*

Michael K. Twersky
Alberto M. Longo
FOX ROTHSCHILD LLP
980 Jolly Road Suite 110
Blue Bell, PA 19422
Tel: (215) 299-2923
Fax: (610) 397-0450
Email: mtwersky@foxrothschild.com
       alongo@foxrothschild.com

*Attorneys for Defendants Al Dia Newspaper, Inc. d/b/a Al Dia News Media and Brittany Valentine*

Michael E. Baughman
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets Philadelphia, PA 19103
Tel: (215) 981-4000
Email: Michael.Baughman@troutman.com

*Attorneys for Defendant Nora McGreevy*