IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE, | : CIVIL ACTION |
| Plaintiff | : |
| v. | : No. 2:22-CV-02942-GEKP |
| UNIVERSITY OF PENNSYLVANIA, *et al.* | : |
| Defendant | : |

## ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of the Motions to Stay Discovery filed on behalf of all Defendants, and the Response of Plaintiff, Janet Monge, it is hereby

**ORDERED** that the Motions for Stay all discovery during the pendency of the Motions to Dismiss Plaintiff's Amended Complaint is DENIED, and that limited discovery shall only proceed during that pendency in the form of Interrogatories and Requests for Production of Documents relating to on the issue of insurance coverage available to each of the named Defendants for the claims alleged in Plaintiff's Amended Complaint.

BY THE COURT:

_____
**GENE E.K. PRATTER, J**