## CERTIFICATE OF SERVICE

I, Alan B. Epstein, Esquire, hereby certify that I caused a true and correct copy of the foregoing Memorandum of Law of Plaintiff in Response to Defendants' Motions to Stay Discovery to be served via the Court's ECF system this 27th day of September 2022, upon all counsel of record.

/s/ *Alan B. Epstein*
Alan B. Epstein, Esquire (Pa. I.D. No. 2346)