IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| v. | : No. 2:22-CV-02942-GEKP |
| | : |
| UNIVERSITY OF PENNSYLVANIA, *et al.* | : |
| | : |
| Defendant | : |

## PRAECIPE TO SUBSTITUTE CERTIFICATE OF SERVICE

TO THE CLERK:

Please substitute the Certificate of Service (Document No. 79-2) attached to the Plaintiff's Memorandum of Law in Opposition to Defendants' (The Philadelphia Inquirer, PBC, Abdul-Aliy Muhammad, and Jenice Armstrong) Motion to Dismiss (electronically filed on September September 27, 2022) with the attached Certificate of Service.

                                                Respectfully Submitted,

                                                **SPECTOR GADON ROSEN VINCI P.C.**

                                                By: /s/ *Alan Epstein*

                                                     Alan B. Epstein, Esquire
                                                     Adam Filbert, Esquire
                                                     *Attorneys for Plaintiff*

Dated:  September 28, 2022

# EXHIBIT "A"

**CERTIFICATE OF SERVICE**

I further certify that on September 27, 2022, the foregoing Opposition to Motion to Dismiss is being served upon the following parties via the ECF System for the District Court for the Eastern District of Pennsylvania:

**Morgan Lewis & Bockius LLP**
Michael L. Banks, Esq.
Benjamin K. Jacobs, Esq.
Alexis Caris, Esq.
Ali M. Kliment, Esq.
1701 Market Street
Philadelphia, PA  19103
michael.banks@morganlewis.com
benjamin.jacobs@morganlewis.com
alexis.caris@morganlewis.com
ali.kliment@morganlewis.com
*Counsel for the University of Pennsylvania, Amy Guttman, Wendell Pritchett, Kathleen Morrison, Deborah Thomas, & Christopher Woods*

**LeVan Stapelton Segal Cochran LLC**
Eli Segal, Esq.
One Liberty Place
1650 Market St., Suite 3600
Philadelphia, PA 19103
esegal@levanstapleton.com
*Counsel for the Philadelphia Inquirer, Abdul Aliy Muhammad, & Jenice Armstrong*

**Gordon Rees Scully Mansukhani LLP**
Ronald A. Giller, Esq.
D. Wesley Meehan, Esq.
1717 Arch St., #610
Philadelphia, PA 19103
rgiller@grsm.com
wmeehan@grsm.com
*Counsel for Billy Penn & Maya Kasutto*



**Wilson Elser Moskowitz Edelman & Dicker LLP**
Kathleen D. Wilkinson, Esq.
Alex Hammershaimb, Esq.
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103

kathleen.wilkinson@wilsonelser.com
e.alexander.hammershaimb@wilsonelser.com
*Counsel for the American Anthropological Association*

**Fox Rothschild LLP**
Michael K. Twersky, Esq.
Alberto M. Longo, Esq.
2000 Market St,, 20th Floor
Philadelphia, PA 19103
mtwersky@foxrothschild.com
alongo@foxrothschild.com
*Counsel for Al Dia News & Brittany Valentine*

**Fineman Krekstein & Harris**
Andrew A. Chirls, Esq.
Ten Penn Center
1801 Market Street, Suite 1140
Philadelphia, PA 19103
achirls@finemanlawfirm.com
&
**Davis Wright Tremain LLP**
Jeremy A. Chase
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
jeremychase@dwt.com
*Counsel for NYP Holdings, Inc., d/b/a New York Post, Jackson O'Bryan, Teen Vogue, Ezra Lerner, The New Yorker, Heather Ann Thompson, Slate, Elain Ayers, Guardian Media Group, d/b/a The Guardian, Ed Pilkington, The New York Times Company, Michael Levenson, Daily Mail and General Trust, PLC d/b/a Daily Mail, Adam Schrader, ESPN, Inc. d/b/a Andscape, Nicole Froio, and Linn Washington*

**Thomas Paschos & Associates, P.C.**
Thomas Paschos, Esq.
325 Chestnut Street, Suite 800
Philadelphia, PA 19106
tpaschos@paschoslaw.com
*Counsel for Hyperallergic Media, Inc.*

**Salmon Ricchezza Singer & Turchi LLP**
Joseph L. Turchi, Esq.
Michele L. Weckerly, Esq.
Jared A. Trachtenberg, Esq.
1601 Market Street, Ste. 2500
Philadelphia, PA  19103
jturchi@srstlaw.com
mweckerly@srstlaw.com
jtrachtenberg@srstlaw.com

Case 2:22-cv-02942-GEKP   Document 83   Filed 09/28/22   Page 5 of 8

*Counsel for Society of Black Archaeolgists*

**Fisher Phillips**
Michael R. Galey, Esq.
Todd Alan Ewan, Esquire
511 N. Broad St.
Philadelphia, PA  19123
mgaley@fisherphillips.com
tewan@fisherphillips.com
*Counsel for Paul Mitchell, Kinjal Dave & Jake Nussbaum*

**Troutman Pepper Hamilton Sanders LLP**
Michael E. Baughman, Esq.
Julia Newton Weiss, Esq.
3000 Two Logan Square
Eighteenth and Arch St.
Philadelphia, PA  19103-2799
*Counsel for Nora McGreevy*

/s/ *Alan B. Epstein*

**CERTIFICATE OF SERVICE**

I further certify that on September 28, 2022, the foregoing Praecipe to Substitute Certificate of Service in Document No. 79 is being served upon the following parties via the ECF System for the District Court for the Eastern District of Pennsylvania:

**Morgan Lewis & Bockius LLP**
Michael L. Banks, Esq.
Benjamin K. Jacobs, Esq.
Alexis Caris, Esq.
Ali M. Kliment, Esq.
1701 Market Street
Philadelphia, PA  19103
michael.banks@morganlewis.com
benjamin.jacobs@morganlewis.com
alexis.caris@morganlewis.com
ali.kliment@morganlewis.com
*Counsel for the University of Pennsylvania, Amy Guttman, Wendell Pritchett, Kathleen Morrison, Deborah Thomas, & Christopher Woods*

**LeVan Stapelton Segal Cochran LLC**
Eli Segal, Esq.
One Liberty Place
1650 Market St., Suite 3600
Philadelphia, PA 19103
esegal@levanstapleton.com
*Counsel for the Philadelphia Inquirer, Abdul Aliy Muhammad, & Jenice Armstrong*

**Gordon Rees Scully Mansukhani LLP**
Ronald A. Giller, Esq.
D. Wesley Meehan, Esq.
1717 Arch St., #610
Philadelphia, PA 19103
rgiller@grsm.com
wmeehan@grsm.com
*Counsel for Billy Penn & Maya Kasutto*

**Wilson Elser Moskowitz Edelman & Dicker LLP**
Kathleen D. Wilkinson, Esq.
Alex Hammershaimb, Esq.
Two Commerce Square
2001 Market Street, Suite 3100

Philadelphia, PA 19103
kathleen.wilkinson@wilsonelser.com
e.alexander.hammershaimb@wilsonelser.com
*Counsel for the American Anthropological Association*

**Fox Rothschild LLP**
Michael K. Twersky, Esq.
Alberto M. Longo, Esq.
2000 Market St,, 20th Floor
Philadelphia, PA 19103
mtwersky@foxrothschild.com
alongo@foxrothschild.com
*Counsel for Al Dia News & Brittany Valentine*

**Fineman Krekstein & Harris**
Andrew A. Chirls, Esq.
Ten Penn Center
1801 Market Street, Suite 1140
Philadelphia, PA 19103
achirls@finemanlawfirm.com
&
**Davis Wright Tremain LLP**
Jeremy A. Chase
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
jeremychase@dwt.com
*Counsel for NYP Holdings, Inc., d/b/a New York Post, Jackson O'Bryan, Teen Vogue, Ezra Lerner, The New Yorker, Heather Ann Thompson, Slate, Elain Ayers, Guardian Media Group, d/b/a The Guardian, Ed Pilkington, The New York Times Company, Michael Levenson, Daily Mail and General Trust, PLC d/b/a Daily Mail, Adam Schrader, ESPN, Inc. d/b/a Andscape, Nicole Froio, and Linn Washington*

**Thomas Paschos & Associates, P.C.**
Thomas Paschos, Esq.
325 Chestnut Street, Suite 800
Philadelphia, PA 19106
tpaschos@paschoslaw.com
*Counsel for Hyperallergic Media, Inc.*

**Salmon Ricchezza Singer & Turchi LLP**
Joseph L. Turchi, Esq.
Michele L. Weckerly, Esq.
Jared A. Trachtenberg, Esq.
1601 Market Street, Ste. 2500
Philadelphia, PA 19103
jturchi@srstlaw.com
mweckerly@srstlaw.com

jtrachtenberg@srstlaw.com
*Counsel for Society of Black Archaeolgists*


**Fisher Phillips**
Michael R. Galey, Esq.
Todd Alan Ewan, Esquire
511 N. Broad St.
Philadelphia, PA  19123
mgaley@fisherphillips.com
tewan@fisherphillips.com
*Counsel for Paul Mitchell, Kinjal Dave & Jake Nussbaum*


**Troutman Pepper Hamilton Sanders LLP**
Michael E. Baughman, Esq.
Julia Newton Weiss, Esq.
3000 Two Logan Square
Eighteenth and Arch St.
Philadelphia, PA  19103-2799
*Counsel for Nora McGreevy*

/s/ *Alan B. Epstein*