**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.,* | : | |
| *Defendants* | : | **No. 22-2942** |

## O R D E R

**AND NOW**, this 29th day of September, 2022, upon consideration of the Plaintiff Janet Monge's letter to the Court submitted via fax on September 27, 2022, it is hereby **ORDERED** that Defendants must file any replies to Ms. Monge's Oppositions to the Defendants' Motions to Dismiss on or before **October 11, 2022**.

**THE COURT:**

**GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE**

1