# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA,** et al. | : | **NO. 22-2942** |
| | : | |
| *Defendant* | : | |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTIONS TO DISMISS** (Docket Nos. 28, 24, 35, 36, 37, 38, 39, 40, 42, 45, 47, 51, and 53) is scheduled to be held on **December 15, 2022**, at **9:30 am** in **Courtroom 10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: October 3, 2022**
**Copies sent by ECF notification.**