IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, <br> *Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, <br> *Defendants* | : <br> : | No. 22-2942 |

## ORDER

And now this ___ day of January, 2023, upon consideration of Al Dia News and Brittany Valentine's motion to dismiss Dr. Janet Monge's amended complaint (Doc. No. 37), Dr. Monge's response in opposition to Al Dia News and Ms. Valentine's motion to dismiss (Doc. No. 74), Al Dia News and Ms. Valentine's reply in support of their motion to dismiss (Doc. No. 93), and Dr. Monge's supplemental memorandum in support of her response to the defendants' motions to dismiss (Doc. No. 102), it is hereby **ORDERED** as follows:

1. Al Dia News and Ms. Valentine's motion to dismiss (Doc. No. 37) is **GRANTED WITH PREJUDICE** as to the defamation and false light causes of action alleged in Dr. Monge's amended complaint.

2. Al Dia News and Ms. Valentine's motion to dismiss (Doc. No. 37) is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1