IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
| *Defendants* | : | No. 22-2942 |

## ORDER

And now this 23rd day of January, 2023, upon consideration of Drs. Christopher Woods and Kathleen Morrison's motion to dismiss Dr. Janet Monge's amended complaint (Doc. No. 39), Dr. Monge's response in opposition to Drs. Woods and Morrison's motion to dismiss (Doc. No. 70), Drs. Woods and Morrison's reply memorandum of law in support of their motion to dismiss (Doc. No. 91), and Dr. Monge's supplemental memorandum in support of her response to the defendants' motions to dismiss (Doc. No. 102), it is hereby **ORDERED** as follows:

1. Drs. Woods and Morrison's motion to dismiss (Doc. No. 39) is **GRANTED WITH PREJUDICE** as to the defamation, defamation by implication, and false light causes of action alleged in Dr. Monge's amended complaint.

2. Drs. Woods and Morrison's motion to dismiss (Doc. No. 39) is **GRANTED WITHOUT PREJUDICE** as to the civil aiding and abetting cause of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE