IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
| *Defendants* | : | No. 22-2942 |

## ORDER

And now this 7th day of February, 2023, upon consideration of Kinjal Dave and Jake Nussbaum's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 45), Dr. Monge's Response in Opposition to Ms. Dave and Mr. Nussbaum's Motion to Dismiss (Doc. No. 77), Ms. Dave and Mr. Nussbaum's Reply Brief in Support of Their Motion to Dismiss (Doc. No. 97), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. Ms. Dave and Mr. Nussbaum's Motion to Dismiss (Doc. No. 45) is **GRANTED WITH PREJUDICE** as to the defamation and false light causes of action alleged in Dr. Monge's amended complaint.

2. Ms. Dave and Mr. Nussbaum's Motion to Dismiss (Doc. No. 45) is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1