IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
|     *Defendants* | : | No. 22-2942 |

**ORDER**

AND NOW, this 7th day of February, 2023, upon consideration Dr. Monge's Motion to Set Schedule for the Second Amended Complaint, it is hereby **ORDERED** that Dr. Monge has the right to file a Second Amended Complaint within 14 days after this Court has resolved all of the pending motions to dismiss and has issued all the necessary Orders resolving these motions.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1