IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
| *Defendants* | : | No. 22-2942 |

## ORDER

And now this 6th day of March, 2023, upon consideration of the American Anthropological Association's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 35), Dr. Monge's Response in Opposition to the American Anthropological Association's Motion to Dismiss (Doc. No. 73), the American Anthropological Association's Reply Brief in Support of Their Motion to Dismiss (Doc. No. 94), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. The American Anthropological Association's Motion to Dismiss (Doc. No. 35) is **GRANTED WITH PREJUDICE** as to the defamation and false light causes of action alleged in Dr. Monge's amended complaint.

2. The American Anthropological Association's Motion to Dismiss (Doc. No. 35) is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE