IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, *Plaintiff* | : : : : | CIVIL ACTION |
| v. | : : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, *Defendants* | : : : | No. 22-2942 |

### ORDER

And now this 6th day of March, 2023, upon consideration of Dr. Deborah Thomas's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 40), Dr. Monge's Memorandum of Law in Opposition to Dr. Thomas's Motion to Dismiss (Doc. No. 76), Dr. Thomas's Reply Memorandum of Law in Support of Her Motion to Dismiss (Doc. No. 90), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** that Dr. Thomas's Motion to Dismiss (Doc. No. 40) is **GRANTED WITH PREJUDICE** as to the defamation, defamation by implication, false light, and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE