IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
|      *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
|      *Defendants* | : | No. 22-2942 |

## ORDER

And now this 24th day of March, 2023, upon consideration of the Philadelphia Inquirer, PBC, Abdul-Aliy Muhammad, and Jenice Armstrong's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 51), Dr. Monge's Response in Opposition to the Philadelphia Inquirer, Mr. Muhammad, and Ms. Armstrong's Motion to Dismiss (Doc. No. 79), the Philadelphia Inquirer, Mr. Muhammad, and Ms. Armstrong's Reply Brief in Support of Their Motion to Dismiss (Doc. No. 98), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. The Philadelphia Inquirer, Mr. Muhammad, and Ms. Armstrong's Motion to Dismiss (Doc. No. 51) is **GRANTED WITH PREJUDICE** as to the defamation and false light causes of action alleged in Dr. Monge's amended complaint.

2. <u>The Philadelphia Inquirer</u>, Mr. Muhammad, and Ms. Armstrong's Motion to Dismiss (Doc. No. 51) is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

*[signature]*

**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE