IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, *Defendants* | : : : | No. 22-2942 |

## ORDER

And now this 30th day of March, 2023, upon consideration of Nora McGreevy's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 38), Dr. Monge's Memorandum of Law in Opposition to Ms. McGreevy's Motion to Dismiss (Doc. No. 75), Ms. McGreevy's Reply in Support of Her Motion to Dismiss (Doc. No. 87), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. Ms. McGreevy's Motion to Dismiss (Doc. No. 38) is **GRANTED WITH PREJUDICE** as to the defamation and false light causes of action alleged in Dr. Monge's amended complaint.

2. Ms. McGreevy's Motion to Dismiss (Doc. No. 38) is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

/s/ Gene E.K. Pratter

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE