IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| *Defendants* | : | **No. 22-2942** |

## ORDER

And now this 18 day of May, 2023, upon consideration of Defendants Advance Magazine Publishers Inc. d/b/a The New Yorker and Teen Vogue, Ezra Lerner, Heather A. Thompson, Associated Newspapers Limited d/b/a The Daily Mail, Adam Schrader, ESPN Inc. d/b/a Andscape, Linn Washington, Nicole Froio, Guardian News & Media Limited d/b/a The Guardian, Ed Pilkington, NYP Holdings, Inc. d/b/a New York Post, Jackson O'Bryan a/k/a Blake Montgomery, The New York Times Company, Michael Levenson, The Slate Group, LLC, and Elaine Ayers (collectively, "the Media Defendants") Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 53), Dr. Monge's Memorandum of Law in Opposition to the Defendants' Motion to Dismiss (Doc. No. 80), the Media Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss (Doc. No. 95), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. The Media Defendants' motion to dismiss is **GRANTED WITH PREJUDICE** as to the defamation, defamation by implication, and false light claims against the New Yorker and Ms. Thompson on the grounds that they are protected by Pennsylvania's fair report

1

privilege, and as to the New York Times and Mr. Levenson on the grounds that the claims against them are time-barred by the statute of limitations.

2. The Media Defendants' motion to dismiss is **GRANTED WITH PREJUDICE** as to the defamation claim against the Daily Mail and Mr. Schrader; the Guardian and Mr. Pilkington; the New York Post and Mr. O'Bryan; Andscape and Ms. Washington; and Teen Vogue and Mr. Lerner.

3. The Media Defendants' motion to dismiss is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication claim against Slate and Ms. Ayers; Andscape, Ms. Froio, and Ms. Washington; and Teen Vogue and Ezra Lerner.

4. The Media Defendants' motion to dismiss is **GRANTED WITHOUT PREJUDICE** as to the false light claim.

5. The Media Defendants' motion to dismiss is **GRANTED WITHOUT PREJUDICE** as to the civil aiding and abetting claim.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE