IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*,<br>*Defendants* | : <br> : | No. 22-2942 |

## ORDER

And now this 22 day of May, 2023, upon consideration of the University of Pennsylvania, Dr. Amy Gutmann, and Dr. Wendell Pritchett's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 47), Dr. Monge's Memorandum of Law in Opposition to the University of Pennsylvania, Dr. Gutmann, and Dr. Pritchett's Motion to Dismiss (Doc. No. 78), the University of Pennsylvania, Dr. Gutmann, and Dr. Pritchett's Reply Memorandum of Law in Support of Their Motion to Dismiss (Doc. No. 92), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. The University of Pennsylvania, Dr. Gutmann, and Dr. Pritchett's Motion to Dismiss (Doc. No. 47) is **GRANTED WITHOUT PREJUDICE** as to the defamation, defamation by implication, false light, and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE