IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, *Defendants* | : : | No. 22-2942 |

## ORDER

And now this 16th day of May, 2023, upon consideration of Billy Penn and Maya Kassutto's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 36), Dr. Monge's Response in Opposition to Billy Penn and Ms. Kassutto's Motion to Dismiss (Doc. No. 82), Billy Penn and Ms. Kassutto's Reply Brief in Support of Their Motion to Dismiss (Doc. No. 89), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. Billy Penn and Ms. Kassutto's Motion to Dismiss (Doc. No. 36) is **GRANTED WITH PREJUDICE** as to the defamation cause of action alleged in Dr. Monge's amended complaint.

2. Billy Penn and Ms. Kassutto's Motion to Dismiss (Doc. No. 36) is **GRANTED WITHOUT PREJUDICE** as to the defamation by implication, false light, and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE