IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, *Defendants* | : : | No. 22-2942 |

## ORDER

And now this 13th day of June, 2023, upon consideration of Paul Mitchell's Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 42), Dr. Monge's Response in Opposition to Mr. Mitchell's Motion to Dismiss (Doc. No. 81), Mr. Mitchell's Reply Brief in Support of His Motion to Dismiss (Doc. No. 96), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** as follows, for the reasons set forth in the accompanying memorandum:

1. Mr. Mitchell's Motion to Dismiss (Doc. No. 42) is **GRANTED WITHOUT PREJUDICE** as to the defamation, defamation by implication, false light, and civil aiding and abetting causes of action alleged in Dr. Monge's amended complaint.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE