IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
|     *Defendants* | : | No. 22-2942 |

### ORDER

And now this 27th day of June, 2023, upon consideration of the Society of Black Archeologists' (SBA) Motion to Dismiss Dr. Janet Monge's Amended Complaint (Doc. No. 34), Dr. Monge's Memorandum of Law in Opposition to SBA's Motion to Dismiss (Doc. No. 72), SBA's Reply Memorandum of Law in Support of its Motion to Dismiss (Doc. No. 88), and Dr. Monge's Supplemental Memorandum in Support of Her Response to the Defendants' Motions to Dismiss (Doc. No. 102), it is hereby **ORDERED** that SBA's Motion to Dismiss (Doc. No. 34) is **GRANTED WITHOUT PREJUDICE** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE