IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
| *Defendants* | : | No. 22-2942 |

## ORDER

And now this 27 day of June, 2023, upon consideration of Defendants' Motion to Stay Discovery Pending the Outcome of Motions to Dismiss the First Amended Complaint (Doc. No. 67) and Defendant Nora McGreevy's Motion to Stay Discovery and Memorandum in Support (Doc. No. 68), it is hereby **ORDERED** that the defendants' motions to stay discovery (Doc. Nos. 67, 68) are **DEEMED MOOT** because all of the defendants' Motions to Dismiss the First Amended Complaint have all been resolved.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE