## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| *Defendants* | : | **No. 22-2942** |

# O R D E R

And now this 28th day of June, 2023, upon consideration of Janet Monge's Request for an Extended Schedule to File her Second Amended Complaint and any Responses Thereto, it is hereby **ORDERED** that Dr. Monge has the right to file a Second Amended Complaint within 30 days after this Court has resolved all of the pending motions to dismiss and has issued all the necessary Orders resolving these motions. It is **FURTHER ORDERED** that the Defendants will have 30 days from the filing of the Second Amended Complaint to respond to the Second Amended Complaint.

BY THE COURT:

*s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**