IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| *Defendants* | : | **No. 22-2942** |

# O R D E R

**AND NOW**, this 21st day of August, 2023, upon consideration of the parties' letter to the Court dated August 18, 2023 and the stipulation contained therein, it is **ORDERED** that the following deadlines shall apply:

1. Plaintiff Dr. Monge must **FILE** any response to Defendant Hyperallergic Media, Inc.'s Motion to Dismiss (Doc. No. 134) on or before **September 1, 2023**; and

2. Defendant Hyperallergic Media, Inc. must **FILE** any reply in support of its motion on or before **September 14, 2023**.

BY THE COURT:

s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**