IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF PENNSYLVANIA *et al.*, | : | |
|     *Defendants* | : | No. 22-2942 |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTIONS TO DISMISS** (Doc. Nos. 134, 136, 137, 138, 139, 140, 141, 142, 143, 144, 145) is scheduled to be held on **NOVEMBER 1, 2023**, at **2:00 P.M.** in **COURTROOM 10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: August 31, 2023**
**Copies sent via ECF notification.**