# THOMAS PASCHOS & ASSOCIATES, P.C.

COUNSELORS AT LAW
325 CHESTNUT STREET, SUITE 800
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| **THOMAS PASCHOS\*+**<br>**THOMAS F. GALLAGHER\***<br>**JAMES B. CORRIGAN, JR.\***<br>**KATIE LYNN PONCE<#**<br><br>**\* MEMBER OF PA & NJ BARS**<br>**< MEMBER OF NJ & NY BARS**<br>**+ L.L.M. TRIAL ADVOCACY**<br>**# L.L.M. TAXATION** | (267) 205-2444<br>FAX (215) 636-0460<br>www.paschoslaw.com<br>A Primerus Law Firm | 30 NORTH HADDON AVE, SUITE 200<br>HADDONFIELD, NJ 08033<br>(856) 354-1900<br>FAX (856) 354-6040 |



December 11, 2023

**Re:** **Janet Monge v. University of Pennsylvania, et al.**
       **Our File No.: 223-19456 TP/p**
       **U.S. District for the Eastern District of PA, Civil Action No. 2:22-cv-02942-GEKP**

*Via E-Filing*
Honorable Gene E.K. Pratter
U.S. District Court for the Eastern District of PA
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Your Honor:

      This is to confirm receipt of the EMC # 171 regarding the minutes on the outstanding Motions to Dismiss. I noticed that there was no indication on the minutes of EMC # 134, regarding the Motion of Hyperallergic Media. Please note that before Your Honor is also pending Defendant, Hyperallergic Media's Motion to Dismiss Plaintiff's Second Amended Complaint Pursuant to F.R.C.P. 12(b)(6), and that I was present during the hearing of November 1, 2023 on all the outstanding Motions to Dismiss.

Respectfully submitted,

**THOMAS PASCHOS & ASSOCIATES, P.C.**


By:     *Thomas Paschos*
        Thomas Paschos, Esquire
        (tpaschos@paschoslaw.com)

TP/mms