**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.,* | : | |
| *Defendants* | : | **No. 22-2942** |

## O R D E R

**AND NOW,** this 14th day of May, 2024, upon consideration of the University of Pennsylvania, Dr. Amy Gutmann, and Dr. Wendell Pritchett's Renewed Motion to Dismiss Dr. Janet Monge's Second Amended Complaint (Doc. No. 141), Dr. Monge's Memorandum of Law in Opposition to the University of Pennsylvania, Dr. Gutmann, and Dr. Pritchett's Renewed Motion to Dismiss (Doc. No. 159), the University of Pennsylvania, Dr. Gutmann, and Dr. Pritchett's Reply Memorandum of Law in Support of Their Renewed Motion to Dismiss (Doc. No. 164), oral argument heard on November 1, 2023, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the University of Pennsylvania, Dr. Gutmann, and Dr. Pritchett's Renewed Motion to Dismiss (Doc. No. 141) is **DENIED with prejudice**.

BY THE COURT:

**s/ Gene E.K. Pratter**
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**