IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET MONGE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | NO. 22-2942 |
| | : | |
| UNIVERSITY OF PENNSYLVANIA, et al. | : | |

**STATUS CONFERENCE NOTICE**

Please be advised that a status conference in the above-captioned case is scheduled for **Tuesday, July 2, 2024**, **at 11:00 a.m.** before the Honorable Mia R. Perez. The conference will be held via Zoom; access information will be provided via email prior to the conference.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Dated: June 24, 2024                                   Very truly yours,


                                                      /s/ Mia Harvey
                                                      Mia Harvey
                                                      Courtroom Deputy to Judge Mia R. Perez
                                                      267-299-7589