RONALD A. GILLER
RGILLER@GRSM.COM
DIRECT DIAL: (973) 549-2501

Admitted In:  NJ, NY & PA

**GRSM50**
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM
ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GRSM.COM

June 25, 2024

**VIA ECF**
Hon. Mia R. Perez, U.S.D.J.
Eastern District of Pennsylvania
6614 U.S. Courthouse, Room 6-A
601 Market Street
Philadelphia, PA 19106

Re: *Janet Monge v. University of Pennsylvania, et al.*
     **Civil Action No.:2:22-cv-02942**

Dear Judge Perez:

   We represent Defendants Billy Penn and Maya Kassutto ("Defendants") in the above-referenced matter. We are in receipt of the Court's Status Conference Notice dated June 24, 2024 which requires trial counsel to appear for a conference on July 2, 2024. I have a long planned family vacation scheduled for next week and respectfully request that my colleague, Alexander Nemiroff, Esq., who has previously appeared in this case, be permitted to appear in my place on behalf of Defendants at the conference.

   We thank Your Honor for your attention to this matter.

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*Ronald A. Giller*

Ronald A. Giller

RAG/ct
cc: All Counsel of Record (via ECF)