## THOMAS PASCHOS & ASSOCIATES, P.C.
COUNSELORS AT LAW
325 CHESTNUT STREET, SUITE 800
PHILADELPHIA, PA 19106

| | | |
|---|---|---|
| **THOMAS PASCHOS\*+**<br>**THOMAS F. GALLAGHER\***<br>**JAMES B. CORRIGAN, JR.\***<br>**KATIE LYNN PONCE<#** | (267) 205-2444<br>FAX (215) 636-0460<br>www.paschoslaw.com<br>A Primerus Law Firm | 30 NORTH HADDON AVE, SUITE 200<br>HADDONFIELD, NJ 08033<br>(856) 354-1900<br>FAX (856) 354-6040 |

\* MEMBER OF PA & NJ BARS
< MEMBER OF NJ & NY BARS
+ L.L.M. TRIAL ADVOCACY
# L.L.M. TAXATION



June 25, 2024

**Re:  Janet Monge v. University of Pennsylvania, et al.
Our File No.: 223-19456 TP/p
U.S. District for the Eastern District of PA, No. 2:22-cv-02942-MRP**

***Via E-Filing***
Honorable Mia R. Perez
U.S. District Court for the Eastern District of PA
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Your Honor:

      We represent Defendant, Hyperallergic Media, in the above-referenced matter.  We are in receipt of the Court's Status Conference Notice dated June 24, 2024 which requires trial counsel to appear for a conference on July 2, 2024.  I have a long-planned family vacation scheduled for next week and respectfully request that my colleague, James B. Corrigan, Jr., Esquire, be permitted to appear in my place on behalf of Defendant at the conference.

      We thank Your Honor for your attention to this matter.

Respectfully submitted,

**THOMAS PASCHOS & ASSOCIATES, P.C.**

By:  *Thomas Paschos*
      Thomas Paschos, Esquire
      (tpaschos@paschoslaw.com)

TP/mms
cc:  All Counsel (Via Electronic Filing)