IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA *et al.*,** | : | |
| | : | NO. 2:22-cv-2942-MRP |
| Defendants. | : | |

## ORDER

**AND NOW,** this 3rd day of July, 2024, upon consideration of the National Media Defendants' Letter to the Court dated July 3, 2024 and the video conference held with the Court on July 2, 2024 that counsel for all parties attended, it is hereby **ORDERED** that **Plaintiff and Defendants** must submit any briefing, totaling **no more than eight pages,** regarding solely the issue of the actual malice and/or negligence standard **by July 19, 2024.  The Court will not consider any reply brief.**

BY THE COURT:

_____
Hon. Mia R. Perez