# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| | : | **NO. 2:22-cv-2942-MRP** |
| Defendants. | : | |

## ORDER

**AND NOW,** this 28th day of October, 2024, upon consideration of the Defendant Hyperallergic Media's Motion to Dismiss (ECF No. 134), Defendants Kinjal Dave and Jake Nussbaum's Motion to Dismiss (ECF No. 143), and the responses thereto, it is hereby **ORDERED** as follows:

1. The Motions are **GRANTED** to the extent they seek to dismiss Plaintiff's civil aiding and abetting claims.

2. The Motions are otherwise **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez