IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 2:22-CV-02942-MRP |
| UNIVERSITY OF PENNSYLVANIA, et al. | : |
| Defendant. | : |

**STIPULATION TO EXTEND TIME FOR DEFENDANT PAUL MITCHELL TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Counsel for Plaintiff, Janet Monge, and Defendant, Paul Mitchell, in the above-captioned action, hereby stipulate for additional time, through December 22, 2024, for Defendant Paul Mitchell to answer, move, respond, or otherwise plead in response to Plaintiff's Second Amended Complaint in the above-captioned matter. This is the first request for an extension of time.

Dated: November 21, 2024

| | |
|---|---|
| /s/ Michael R. Galey | /s/ Adam Filbert |
| Todd Alan Ewan, Esquire | Alan B. Epstein, Esquire |
| Michael R. Galey, Esquire | Adam Filbert, Esquire |
| FISHER & PHILLIPS LLP | SPECTOR CADON ROSEN VINCI P.C. |
| 2 Logan Square, 12th Floor | 1635 Market St., 7th Floor |
| 100 N. 18th Street | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | aepstein@sgrvlaw.com |
| tewan@fisherphillips.com | afilbert@sgrvlaw.com |
| mgaley@fisherphillips.com | |
| Attorneys for Defendant Paul Mitchell | Attorneys for Plaintiff |

SO ORDERED:

Dated: November 22, 2024

_____
**MIA ROBERTS PEREZ**
United States District Judge

FP 52895372.2