UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF PENNSYLVANIA et al., <br><br> Defendants. | Civil Action No.: 2:22-CV-02942 |

**PLAINTIFF'S OMNIBUS MOTION FOR RECONSIDERATION
OF THE COURT'S ORDERS RELATING TO DEFENDANTS'
MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, Janet Monge, by and through her undersigned counsel, hereby moves the Honorable Court to reconsider its prior Orders issued related to Defendants' Motions to Dismiss the Second Amended Complaint (Docs. No.197-205, 208) and issue new Orders in accordance with the legal analysis set forth in the Memorandum of Law submitted herewith. That Memorandum of Law is incorporated herein as though same were set forth in full.

Respectfully Submitted,

**SPECTOR GADON ROSEN VINCI P.C.**

By: /s/ *Alan Epstein*

Alan B. Epstein, Esquire (Pa. Atty ID No. 2346)
Adam Filbert, Esquire (Pa. ID No. 330960)
*Attorneys for Plaintiff*

November 22, 2024