

SPECTOR GADON ROSEN VINCI P.C.
Attorneys at Law

sgrvlaw.com

ALAN B. EPSTEIN
Seven Penn Center
1635 Market Street
Seventh Floor
Philadelphia, PA 19103

Direct Dial Number
P 215.241.8832
Direct Fax Number
F 215.531.9103
aepstein@sgrvlaw.com

Admitted to practice:
Pennsylvania

January 15, 2025

**<u>Via Electronic Mail (Perez_Chambers@paed.uscourts.gov)</u>**
Honorable Mia Roberts Perez, Judge
601 Market Street
Philadelphia, PA 19106

      **Re: Monge v. Univ. of Pa., et. al., Case No. 2:22-cv-02942 (E.D. Pa. 2022); Request for Oral Argument**

Dear Judge Perez:

      On November 22, 2024, Plaintiff filed an Omnibus Motion for Reconsideration of the Court's Orders on Defendants' Motions to Dismiss Plaintiff's operative Complaint regarding two distinct issues: (1) whether Defendants' statements could be found to be true despite the fact that there is no evidence of such truth and (2) whether Defendants' efforts to increase the scope of a false narrative against Plaintiff results in the type of assistance creating civil aiding and abetting liability. [Doc. No. 216] The Defendants have since filed Oppositions to Plaintiff's Motion to Reconsideration, and upon review of those Oppositions, it appears oral argument may be useful in clarifying the context surrounding the issues raised and Plaintiff's well-pled factual allegations that apply to each.

      Accordingly, Plaintiff respectfully requests that Your Honor schedule oral argument on Plaintiff's Motion docketed at Number 216 at a time convenient for the Court and all parties. In accordance with general practice in the Eastern District of Pennsylvania, my associate, Adam Filbert, Esq., an attorney with three-years' experience, will assist me and participate in the argument.

      Respectfully,

      **SPECTOR GADON ROSEN VINCI, PC.**

      /s/ *Alan Epstein*

      Alan B. Epstein, Esquire

ABE/ddi
Attachment

Cc: All Counsel of Record