# THOMAS PASCHOS & ASSOCIATES, P.C.

COUNSELORS AT LAW
325 CHESTNUT STREET, SUITE 800
PHILADELPHIA, PA 19106
267-205-2444
FAX (215) 636-0460
www.paschoslaw.com
A Primerus Law Firm

**THOMAS PASCHOS*+**
**THOMAS F. GALLAGHER***
**JAMES B. CORRIGAN, JR.***
**KATIE LYNN PONCE<#**

30 NORTH HADDON AVE, SUITE 200
HADDONFIELD, NJ 08033
(856) 354-1900
FAX (856) 354-6040

\* MEMBER OF PA & NJ BARS
< MEMBER OF NJ & NY BARS
+ L.L.M. TRIAL ADVOCACY
# L.L.M. TAXATION



January 21, 2025

**Re:    Janet Monge v. University of Pennsylvania, et al.**
**Our File No.: 223-19456 TP/p**
**U.S. District for the Eastern District of PA, Civil Action No. 2:22-cv-02942-MRP**

*Via E-filing*
Mia Roberts Perez
District Court Judge
6614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Your Honor;

    This firm represents defendant, Hyperallergic Media, Inc., in the above matter. On January 15, 2025, plaintiff's counsel sent Your Honor correspondence requesting oral argument on plaintiff's Motion docketed at Number 216 at a time convenient for the Court and all parties. Should Your Honor grant plaintiff's counsel's request, the undersigned respectfully requests oral argument on defendant, Hyperallergic Media, Inc.'s Motion for Reconsideration of this Court's Order and Memorandum of October 28, 2024 Granting in Part and Denying in Part The Motion to Dismiss of Defendant, Hyperallergic Media, Inc. docketed at Number 206.

    Thank you for your consideration.

Yours truly,

**THOMAS PASCHOS & ASSOCIATES, P.C.**

By:    *Thomas Paschos*
       Thomas Paschos, Esquire
       (tpaschos@paschoslaw.com)

TP/mms
cc:    All Counsel (Via E-filing)