**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| | : | **NO. 2:22-cv-2942-MRP** |
| Defendants. | : | |

## ORDER

**AND NOW,** this 20th day of March, 2025, upon consideration of the Defendant Hyperallergic Media's Motion for Reconsideration (ECF No. 206), Defendants Kinjal Dave and Jake Nussbaum's Motion for Reconsideration (ECF No. 207), Plaintiff Janet Monge's Motion for Reconsideration (ECF No. 216), the responses thereto, and the oral arguments regarding the same, it is hereby **ORDERED** that the Motions are **DENIED** for the reasons set forth in the Orders docketed at ECF Nos. 197–205, 208.

BY THE COURT:

_____
Hon. Mia R. Perez