## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MONGE, | : |
| Plaintiff, | : Civil Action No.: 2:22-CV-02942 |
| v. | : |
| UNIVERSITY OF PENNSYLVANIA et al., | : |
| Defendants. | : |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by, between and among counsel for Plaintiff, Janet Monge, and Defendant, Hyperallergic Media, Inc. ("Hyperallergic"), that Plaintiff shall have until June 3, 2025, to respond to Hyperallergic's Motion for Judgment on the Pleadings (Doc. 240).

| **Spector Gadon Rosen Vinci, P.C.** | **Thomas Paschos & Associates, P.C.** |
|---|---|
| /s/ *Alan B. Epstein* | /s/ *Thomas Paschos* |
| Alan B. Epstein, Esquire (PA I.D. No. 02346)<br>1635 Market Street, 7th Floor<br>Philadelphia, PA19102<br>*Attorney for Plaintiff,*<br>*Janet Monge* | Thomas Paschos, Esquire (PA I.D. No. 43935)<br>325 Chestnut Street, Suite 800<br>Philadelphia, PA 19106<br>*Attorney for Defendant*<br>*Hyperallergic Media, Inc.* |

**APPROVED BY THE COURT:**

_____
Hon. Mia R. Perez

Dated: May 27, 2025