IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANET MONGE,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **UNIVERSITY OF PENNSYLVANIA** *et al.*, | : | |
| | : | **NO. 2:22-cv-2942-MRP** |
| Defendants. | : | |

# ORDER

**AND NOW,** this 30th day of July, 2025, upon consideration of the Defendant Hyperallergic Media's Motion for Judgment on the Pleadings (ECF No. 240), and the response thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez