RULE 16 CONFERENCE INFORMATION REPORT

Civil Action No. 2:22-cv-02942-MRP  Jury Trial __X__  Bench Trial _____  Arbitration _____

Service of Process Made _____May 2022_____
(Date)

Caption: Janet Monge v. University of Pennsylvania, et al.

Trial Counsel: Todd Alan Ewan, Esq., Michael R. Galey, Esq., and Ivy Waisbord, Esq.

Representing: Defendants Paul Mitchell, Kinjal Dave, and Jake Nussbaum

Law Firm:
        Fisher & Phillips LLP

Telephone: (610) 230-2141  Fax: (610) 230-2151  E-Mail: tewan@fisherphillips.com; mgaley@fisherphillips.com; iwaisbord@fisherphillips.com

Are there threshold motions? _____No_____ (Identify Motion(s))

When will discovery be completed?  150 days post Rule 16 Conference
                                   (Date)

Will motion for summary judgment be filed?      Yes __X__    No _____

Has settlement been discussed?                  Yes _____   No __X__

If not, why not? _____Plaintiff's counsel has not yet relayed a settlement demand_____

Future settlement conference requested          Yes _____   No _____ -- (If settlement is a possibility, the parties will inform the Court via letter correspondence.

Novel issues or special problems?               Yes _____   No __X__   If yes, describe.

Ready for trial by? 60 days post resolution of dispositive motions

Trial time estimates:   Time to present your case    1-2 days_____

                        Time for entire trial         5-7 days_____

Date:  12/22/25              /s/ Todd Alan Ewan
                             Signature of counsel
                             Todd Alan Ewan
                             Typed or printed name