**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANET MONGE,<br><br>          **Plaintiff,**<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA et al.,<br><br>          **Defendants.** | Civil Action No.: 2:22-CV-02942 |

## ORDER

**AND NOW**, this 30th day of June, 2026, upon consideration of the Parties' joint motion to extend certain case deadlines (ECF No. 269), the Court hereby **GRANTS** the motion and **ORDERS** that the Court's January 5, 2026 Scheduling Order (ECF No. 258), as modified by the Court's June 9, 2026 Order (ECF No. 266), is amended as follows:

1.      Plaintiff's expert report deadline is extended from July 2, 2026 to July 16, 2026;

2.      Defendants' expert report deadline is extended from July 16, 2026 to July 30, 2026;

3.      The deadline for exchange of statements of fact is extended from July 30, 2026 to August 13, 2026; and

4.      The deadline for responses to statements of fact is extended from August 13, 2026 to August 20, 2026.

5.      All other provisions of the Court's Scheduling Order remain in full force and effect, including the current trial setting.

**IT IS SO ORDERED.**

_____
Hon. Mia R. Perez