**THOMAS PASCHOS & ASSOCIATES, P.C.**
COUNSELORS AT LAW
325 CHESTNUT STREET, SUITE 800
PHILADELPHIA, PA 19106
267-205-2444
FAX (215) 636-0460
www.paschoslaw.com
A Primerus Law Firm

30 NORTH HADDON AVE, SUITE 200
HADDONFIELD, NJ 08033
(856) 354-1900
FAX (856) 354-6040

**THOMAS PASCHOS*+**
**THOMAS F. GALLAGHER***
**JAMES B. CORRIGAN, JR.***
**KATIE LYNN PONCE<#**

*** MEMBER OF PA & NJ BARS**
**< MEMBER OF NJ & NY BARS**
**+ L.L.M. TRIAL ADVOCACY**
**# L.L.M. TAXATION**

Primerus
The World's Finest Law Firms

August 26, 2026

**Re: Janet Monge v. University of Pennsylvania, et al.**
**Our File No.: 223-19456 TP/p**
**U.S. District for the Eastern District of PA, Civil Action No. 2:22-cv-02942-MRP**

***Via E-mail: Perez_Chambers@paed.uscourts.gov***
The Honorable Mia Roberts Perez
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

Dear Judge Perez:

This firm represents defendant, Hyperallergic Media, Inc., in the above matter. I write to report that an agreement to resolve this matter has been reached between Plaintiff, Hyperallergic Media, Inc., Kinjal Dave, and Jake Nusbaum. As such, we respectfully request that an Order dismissing this matter pursuant to Local Rule 41.1(b) be entered as to those defendants.

If Your Honor has any questions concerning this matter, we will make ourselves available at the Court's convenience. Thank you.

Yours truly,

**THOMAS PASCHOS & ASSOCIATES, P.C.**

By: *Thomas Paschos*
Thomas Paschos, Esquire
(tpaschos@paschoslaw.com)

TP/mms
cc: All Counsel (Via E-mail)