**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET MONGE,**<br>Plaintiff,<br><br>**v.**<br><br>**UNIVERSITY OF PENNSYLVANIA, et al.**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br>**No. 22-2942** |

**ORDER**

AND NOW, this 13th day of October, 2026, upon consideration of Plaintiff's Unopposed Emergency Motion to Extend Time to File and Respond to Motions in Limine (ECF No. 299), and there being no opposition to the relief requested, and the Court finding good cause therefor, it is hereby **ORDERED**, that the Motion is **GRANTED** as follows: The deadlines set forth in paragraphs 5 and 6 of the Court's Amended Scheduling Order entered December 18, 2026, for the filing of Motions in Limine and Responses thereto, are EXTENDED as provided below:

a. Any Motions in Limine shall be filed on or before October 21, 2026; and

b. Any Responses to Motions in Limine shall be filed on or before November 4, 2026.

2. All other deadlines and provisions of the Amended Scheduling Order entered December 18, 2026, shall remain in full force and effect and unchanged.

BY THE COURT:

HON. MIA R. PEREZ, J.