**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JANET MONGE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA, et al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE No. 2:22-CV-02942-MRP |

**PRETRIAL MEMORANDUM OF DEFENDANT PAUL MITCHELL**

Defendant Dr. Paul Mitchell ("Dr. Mitchell"), by and through his undersigned counsel, Fisher & Phillips LLP, respectfully submits this pretrial memorandum pursuant to the Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(c), and this Court's Amended Scheduling Order dated August 20, 2026.

## I. FACTUAL SUMMARY

### A. Background of Plaintiff's Claims

Plaintiff Janet Monge ("Plaintiff") brings claims against Dr. Mitchell arising from communications concerning her possession, handling, and use of human remains recovered following the 1985 MOVE bombing in Philadelphia. Plaintiff alleges that Dr. Mitchell made defamatory statements or statements conveying defamatory implications about her and aided and abetted other defendants in their alleged tortious conduct. Plaintiff's allegations are meritless, and Dr. Mitchell is entitled to summary judgment.

Plaintiff filed this action on April 20, 2022, in the Philadelphia Court of Common Pleas, and the action was subsequently removed to this Court on July 27, 2022. On July 28, 2023, Plaintiff filed her operative Second Amended Complaint, asserting claims against Dr. Mitchell for defamation, defamation by implication, false light, and civil aiding and abetting. On

November 8, 2024, this Court dismissed Plaintiff's false-light claim and narrowed Plaintiff's remaining defamation claims. Specifically, the Court held that the challenged statements in Dr. Mitchell's April 25, 2021 Report were substantially true and that only Dr. Mitchell's alleged statements to Dr. Christopher Woods, Director of the Penn Museum, could support Plaintiff's defamation claim at the motion to dismiss stage. The Court also permitted Plaintiff's defamation by implication claim to proceed. Accordingly, Plaintiff's remaining claims against Dr. Mitchell are defamation, defamation by implication, and civil aiding and abetting.

**B. Plaintiff's Continued Possession of the MOVE Remains**

On May 13, 1985, Philadelphia police dropped an explosive device on a residence occupied by members of MOVE, resulting in a fire that killed eleven individuals, including five children. The fire and subsequent removal of debris complicated the recovery and identification of human remains. Following the bombing, the Philadelphia Medical Examiner's Office requested assistance from Dr. Alan Mann, a professor of anthropology at the University of Pennsylvania ("Penn"). Dr. Mann enlisted Plaintiff, then his doctoral student, to assist in examining remains recovered from the site.

Among the remains examined were bone fragments designated "B-1" and "G." The MOVE Commission's forensic investigators, led by Dr. Ali Hameli, identified the B-1 remains as belonging to Katricia Dotson, also known as Katricia or Tree Africa, and the Commonwealth of Pennsylvania issued a death certificate reflecting that identification. Dr. Mann and Plaintiff disagreed with that conclusion. The MOVE Commission identified the G remains as Delisha Orr Africa, and Plaintiff does not contest that identification.

On September 23, 1986, Dr. Mann and Plaintiff took possession of the remains of two children who were killed in the MOVE bombing – Katricia Dotson (identified at the time as

Body B1) and Delisha Orr Africa (identified at the time as Body G). The remains were subsequently housed at the Penn Museum, where Plaintiff assumed custody of them when Dr. Mann left Penn for Princeton University in 2001. Although Plaintiff maintains that the identification of the MOVE remains is unresolved, she acknowledges that she did not prepare any report concerning the identification of the remains in her possession for thirty-five years. Plaintiff also admits that she did not contact the Philadelphia Medical Examiner's Office or the City of Philadelphia to return the MOVE remains at any point. In short, there is no legal or practical justification for Plaintiff to have kept the B-1 remains G remains for thirty-five years.

Inconsistent with her claims that she was engaged in forensic study of the MOVE remains, Plaintiff used the MOVE remains throughout her employment at Penn in teaching (both at Penn and at Princeton, where she repeatedly took them), during at least one International Archaeology Day, and, finally, in an online forensic anthropology course through Princeton University entitled "REAL BONES: Adventures in Forensic Anthropology," which was made publicly available through the online platform Coursera. In the Coursera course video, Plaintiff displayed and discussed portions of the B-1 remains, including a partial pelvis and femur with some remaining soft tissue. Plaintiff and a student also used the remains to demonstrate forensic techniques for assessing age. According to a Coursera report dated April 19, 2021 (before the media coverage of the course), the course had 4,556 enrolled learners, including 2,684 active learners. Anyone viewing the course could learn that remains associated with the MOVE bombing were being used by Plaintiff during the course.

### C. Dr. Mitchell's Communications with Penn Museum Leadership

In late March 2021, Maya Kassutto, a writer and Penn graduate, contacted Dr. Mitchell regarding an article she intended to write about the MOVE remains housed at the Penn Museum. Ms. Kassutto advised Dr. Mitchell that she only intended to seek comment from Plaintiff or the Museum shortly before publication. Dr. Mitchell was concerned the limited notice would leave Plaintiff and the Penn Museum leadership insufficient time to prepare for the anticipated reporting. Thus, Dr. Mitchell contacted his advisor and anthropology professor at Penn, Dr. Deborah Thomas, to inform her of the upcoming story about the MOVE remains at the Penn Museum in Plaintiff's possession. In his communication to Dr. Thomas, Dr. Mitchell expressed his concerns about the limited time Plaintiff would have to respond to the forthcoming article and the potential impact on the department and the museum of the article.

As a result, Dr. Thomas arranged a meeting with Dr. Woods, the newly appointed Director of the Penn Museum, and Dr. Kathleen Morrison, Chair of the Anthropology Department. In requesting the meeting, Dr. Thomas advised that something was developing that could affect the Museum and potentially the Anthropology Department. Dr. Thomas included Dr. Mitchell in the communications arranging the meeting. Further, Dr. Thomas advised Dr. Mitchell to speak with Dr. Woods and Dr. Morrison rather than speak directly to Plaintiff, and Dr. Mitchell followed this advice.

On April 16, 2021, Dr. Mitchell participated in a Zoom meeting with Dr. Woods, Dr. Thomas, Dr. Morrison, and Dr. Steven Tinney, Deputy Director of the Penn Museum. The purpose of the meeting was to inform Museum and Department leadership about anticipated media coverage concerning the MOVE remains. At the time, Dr. Woods was unaware that the remains were housed at the Penn Museum and first learned of their presence during the meeting.

Dr. Woods recalled that the approximately thirty-minute discussion concerned the MOVE bombing, the presence of the remains at the Museum, and the anticipated article. Dr. Morrison recalled that Dr. Mitchell discussed the anticipated media coverage and did not want Plaintiff to be "blindsided" by it. Dr. Woods testified that he did not recall Dr. Mitchell making statements about Plaintiff during the meeting. Thus, the only statements that any of the participants of the meeting recall Dr. Mitchell making were: 1) that there were remains from the MOVE bombing at the Penn Museum; 2) that those remains had been used by Plaintiff during a Coursera course; and 3) that there would be a forthcoming article on the topic. All three of these statements are unequivocally true.

Subsequently, on April 17, 2021, Dr. Mitchell sent an email to Dr. Woods, Dr. Thomas, Dr. Morrison, and Dr. Tinney to warn them about additional anticipated media reporting about the Coursera course and the MOVE remains. Dr. Mitchell attached historical articles about the MOVE bombing and screenshots from Plaintiff's Coursera course to his e-mail. Dr. Woods and Dr. Tinney subsequently thanked Dr. Mitchell for keeping them informed. Dr. Woods performed his own follow-up research considering they had just met and did not discuss the contents of the emails with Dr. Mitchell further.

**D. Plaintiff's Defamation Claims are Time-Barred**

Plaintiff's defamation claims are barred by the applicable statute of limitations because Plaintiff was aware of Dr. Mitchell's alleged conduct by April 19, 2021, at the latest; however, Plaintiff did not initiate this lawsuit until April 20, 2022. Defamation claims in Pennsylvania are governed by a one-year statute of limitations.

Specifically, on April 18, 2021, Plaintiff was aware that reporters were seeking information concerning the MOVE remains. Penn personnel contacted Plaintiff regarding the

anticipated reporting, and Plaintiff communicated with Museum representatives about the matter. On April 19, 2021, Princeton personnel forwarded Plaintiff a complaint criticizing her use of the MOVE remains in the Coursera course and requesting that the course be removed. Plaintiff responded that she was already aware of the issue and that the Penn Museum had been notified through Jake Nussbaum and Dr. Mitchell. In another communication that day, Plaintiff asserted that Dr. Mitchell had "instigated this" and was providing information to the author of an anticipated Philadelphia Inquirer opinion piece. Plaintiff further testified that she found out that Dr. Mitchell was allegedly making statements about her handling of the MOVE remains "a couple days before" April 21, 2021. Thus, Plaintiff admits that she was aware of Dr. Mitchell's alleged conduct on or before April 19, 2021 – outside the applicable one-year statute of limitations.

### E. Dr. Mitchell's Subsequent Research and Report

After the April 16, 2021 meeting, Dr. Mitchell reviewed the Temple University archives' historical materials concerning the history, transfer, and custody of the MOVE remains, along with the original examination of the B-1 and G remains. Dr. Kathleen Brown, a Professor of History and Women and Gender Studies at Penn, encouraged Dr. Mitchell's research and joined him on one occasion at the Temple archives. Dr. Mitchell began to draft a report regarding the chain of custody of the remains and provided a draft to Dr. Brown who provided feedback and revisions. Dr. Mitchell finished his report on April 25, 2021, and it described his research at Temple, cited the materials upon which he relied, and identified the conclusion of Dr. Hameli regarding the B-1 remains, and further detailed Dr. Mann and Plaintiff's disagreement with Dr. Hameli's findings.

As noted above, this Court held that the Report was substantially true and did not support Plaintiff's defamation claim. ECF No. 208 at 1 n.1; ECF No. 287 ¶ 10. Plaintiff acknowledges that, apart from Dr. Mitchell's April 25, 2021 report, she was unaware of any other publication he authored concerning the matters at issue in this litigation.

### F. Plaintiff's Allegations Concerning Dr. Mitchell's Statements and Conduct

Plaintiff maintains that Dr. Mitchell's communications conveyed the impression that she was unethical and had improperly handled the MOVE remains. These implications are not actionable because they are opinions based on disclosed facts (namely Plaintiff's undisputed possession and use of the MOVE remains for thirty-five years). Further, every anthropological association and every academic institution that has opined on this situation agrees that Plaintiff's conduct was unethical and improper.

Dr. Mitchell was a doctoral student at Penn during the events at issue and had previously been advised by Plaintiff during his undergraduate studies. He did not supervise Plaintiff and had no authority to discipline, suspend, or terminate her employment. Plaintiff acknowledges that Dr. Mitchell had no direct supervisory or disciplinary authority but maintains that his communications influenced the actions of Penn administrators. Importantly, however, Plaintiff has put forth no evidence in support of this contention. Thus, Plaintiff cannot establish an aiding and abetting claim against Dr. Mitchell.

## II. <u>CLAIMS AND DEFENSES</u>

### A. Plaintiff's Claims

Plaintiff asserts claims against Dr. Mitchell for defamation, defamation by implication, and civil aiding and abetting arising from Dr. Mitchell's communications with Dr. Woods, concerning Plaintiff's handling of human remains from the 1985 MOVE bombing.

Plaintiff initially asserted four claims against Dr. Mitchell. On November 8, 2024, this Court dismissed Plaintiff's false-light claim and limited her defamation and defamation by implication claims to Dr. Mitchell's alleged communications with Dr. Woods in April 2021. The Court also determined that the statements in Dr. Mitchell's April 25, 2021 Report were substantially true and could not support a defamation claim.

**B. Dr. Mitchell's Defenses**

Dr. Mitchell denies that he defamed Plaintiff or aided and abetted any tortious conduct. Dr. Mitchell maintains that his communications with Dr. Woods were truthful, were non-actionable opinions, concerned matters of legitimate institutional interest, and were protected by a conditional privilege. Dr. Mitchell further maintains that Plaintiff has failed to identify any false or defamatory statements, establish that he acted with actual malice or negligence, establish that Dr. Mitchell abused a conditional privilege, or demonstrate that he knowingly provided substantial assistance to any other defendant in committing a tort. Further, Dr. Mitchell asserts that Plaintiff's defamation and defamation by implication claims are barred by the applicable one-year statute of limitations.

## III. RELIEF SOUGHT

Dr. Mitchell seeks dismissal of Plaintiff's claims in their entirety.

## IV. WITNESS LIST

| Name | Address | Substance of Testimony |
|---|---|---|
| Dr. Janet Monge | c/o Alan B. Epstein, Esquire<br>Adam A. Filbert, Esquire<br>1635 Market Street, 7th Floor<br>Philadelphia, PA 19103<br>Phone: 215.241.8832 | Plaintiff's claims, allegations, and damages |

| | | |
|---|---|---|
| Dr. Paul Mitchell | c/o Todd Alan Ewan, Esquire<br>Michael Galey, Esquire<br>Ivy Waisbord, Esquire<br>100 N. 18th Street, 12th Fl.<br>Philadelphia, PA 19103<br>Phone: 610.230.6108 | Dr. Mitchell's statements to Dr. Woods and Dr. Mitchell's affirmative defenses. |
| Dr. Thomas Holland | c/o Todd Alan Ewan, Esquire<br>Michael Galey, Esquire<br>Ivy Waisbord, Esquire<br>100 N. 18th Street, 12th Fl.<br>Philadelphia, PA 19103<br>Phone: 610.230.6108 | Expert testimony as to the identification of the B-1 Remains, and as to Plaintiff's ethics. |
| Maya Kassutto | (By Subpoena)<br>4112 Spruce Street<br>Philadelphia, PA 19104 | Testimony as to communications with Dr. Mitchell. |
| Abdul Aily Muhammed | (By Subpoena)<br>8925 Parsons Boulevard,<br>Jamaica, NY 11432 | Testimony as to communications with Dr. Mitchell. |
| Dr. Kathleen Brown | c/o Michael L. Banks, Esquire<br>Klair Fitzpatrick, Esquire<br>Ali M. Kliment, Esquire<br>Arielle H. Steinhart, Esquire<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000 | Testimony as to visit to Temple archives with Dr. Mitchell. |
| Dr. Amy Guttman | c/o Michael L. Banks, Esquire<br>Klair Fitzpatrick, Esquire<br>Ali M. Kliment, Esquire<br>Arielle H. Steinhart, Esquire<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000 | Testimony as to personal knowledge of Dr. Mitchell. |
| Dr. Kathleen Morrison | c/o Michael L. Banks, Esquire<br>Klair Fitzpatrick, Esquire<br>Ali M. Kliment, Esquire<br>Arielle H. Steinhart, Esquire<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000 | Testimony as to April 16, 2021 meeting with Dr. Mitchell, Dr. Woods, Dr. Tinney, and Dr. Thomas. |

| | | |
|---|---|---|
| Dr. Wendell Pritchett | c/o Michael L. Banks, Esquire<br>Klair Fitzpatrick, Esquire<br>Ali M. Kliment, Esquire<br>Arielle H. Steinhart, Esquire<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000 | Testimony as to personal knowledge of Dr. Mitchell. |
| Dr. Deborah Thomas | c/o Michael L. Banks, Esquire<br>Klair Fitzpatrick, Esquire<br>Ali M. Kliment, Esquire<br>Arielle H. Steinhart, Esquire<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000 | Testimony as to April 16 meeting with Dr. Mitchell, Dr. Woods, Dr. Tinney, and Dr. Thomas, and testimony pertaining to Dr. Mitchell's initial communications with Dr. Thomas after he was contacted by a reporter. |
| Dr. Christopher Woods | c/o Michael L. Banks, Esquire<br>Klair Fitzpatrick, Esquire<br>Ali M. Kliment, Esquire<br>Arielle H. Steinhart, Esquire<br>2222 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000 | Testimony as to communications with Dr. Mitchell. |

Dr. Mitchell reserves the right to call any witness identified by any other party in that party's pretrial filing.[1]

Dr. Mitchell also reserves the right to call rebuttal witnesses as appropriate.

## V. <u>EXHIBIT LIST</u>

| **Exhibit** | **Document Title** | **BATES Number** |
|---|---|---|
| 1. | February 2019 E-mails between Plaintiff and Dr. Mitchell | Mitchell 000045-000048 |
| 2. | July 2019 E-mails from Plaintiff | Mitchell 000055-000056 |
| 3. | August 2019 E-mails between Plaintiff and Dr. Mitchell | Mitchell 000059-000061 |
| 4. | October 2020 E-mails between Plaintiff and Dr. Mitchell | Mitchell 000063-000067 |
| 5. | April 16, 2021 E-mails between Dr. Mitchell and Chris Woods, *et al.* | Mitchell 000075-000076 |
| 6. | Dr. Mitchell's Statement Regarding the Tucker Law Group Report | Mitchell 000109-000134 |

[1] Dr. Mitchell understands that Plaintiff intends to call witnesses, including records custodians, to authenticate certain documents. Dr. Mitchell reserves the right to identify additional witnesses for purposes of authenticating documents, if necessary.

| | | |
|---|---|---|
| 7. | Copies of Records from the Temple Archives | Mitchell 000135-000617; Mitchell 000841-001107; Mitchell 001248-001619 |
| 8. | Photographs from Penn's 2014 Archaeology Day | Mitchell 000625-000705 |
| 9. | September 2021 E-mails between Dr. Mitchell and Science Magazine | Mitchell 000742-000745 |
| 10. | September 2021 E-mail from University of California, Berkeley | Mitchell 000746 |
| 11. | May 2019 E-Mails between Plaintiff and Dr. Mitchell | Mitchell 000759 |
| 12. | February 2021 E-mails between Plaintiff and Dr. Mitchell | Mitchell 000760-000769 |
| 13. | April 2021 E-mails between Dr. Mitchell, Dr. Thomas, and Dr. Morrison | Mitchell 000789-000792 |
| 14. | March 2019 E-mail regarding Plaintiff's recommendation of Dr. Mitchell | Mitchell 000809 |
| 15. | Academic Transcript from the University of California, Berkeley | Mitchell 000830 |
| 16. | Text messages between Dr. Thomas and Dr. Mitchell | Mitchell 000837-000838 |
| 17. | Statement from American Board of Forensic Anthropology | Mitchell 001110-001111 |
| 18. | Excerpt from Ethics and Professionalism in Forensic Anthropology, Second Edition | Mitchell 001112-001114 |
| 19. | Screen shots from the Coursera Course | Mitchell 001206 |
| 20. | January 22, 1986 Report by Judy Myers Suchey, Ph.D. | Mitchell 001623-001632 |
| 21. | December 5, 1985 Report by Ellis R. Kerley Ph.D. | Mitchell 001633-001641 |
| 22. | Plaintiff's resume | MONGE 000001-000030 |
| 23. | 2021 Staff/Supervisor Ongoing Feedback Document | MONGE 000036-000042 |
| 24. | April 28, 2021 Forensic Magazine Article | MONGE 000054-000061 |
| 25. | Plaintiff's Wikipedia Page | MONGE 000062-000065 |
| 26. | May 2023 Cambridge University Press Article | MONGE 000071-000103 |
| 27. | Coursera Course Outline | MONGE 000116-000123 |
| 28. | April 19, 2021 E-mail from Plaintiff | MONGE 000126-000127 |
| 29. | Coursera Course Project Description | MONGE 000128-000143 |
| 30. | April 19, 2021 Coursera Weekly Course Digest | MONGE 000146-000147 |
| 31. | October 8, 2014 E-mail from M. Burnley | MONGE 000173 |
| 32. | January-March 2019 E-mails between M. Burnley and Plaintiff | MONGE 000179-000180 |
| 33. | 2016-2018 E-mails between M. Burnley and Plaintiff | MONGE 000184-000188 |

| | | |
|---|---|---|
| 34. | December 2014 E-mails between M. Burnley and Plaintiff | MONGE 000190-000191 |
| 35. | 2011-2013 E-mails from Dr. Mitchell | MONGE 000194-000200 |
| 36. | September 7, 2013 E-mail from Plaintiff | MONGE 000201-000202 |
| 37. | May 9, 2011 E-mail from Science Magazine | MONGE 000203 |
| 38. | September 11, 2013 E-mail from Dr. Mitchell | MONGE 000208-000209 |
| 39. | September 2013 E-mails between Plaintiff and Dr. Mitchell | MONGE 000214-000215 |
| 40. | January 2014 E-mails between Plaintiff and Science Magazine | MONGE 000218-000219 |
| 41. | September 2013 E-mails between Plaintiff and Science Magazine | MONGE 000220-000222 |
| 42. | April 2021 E-mails between Plaintiff and Dr. Morrison | MONGE 000229-000231 |
| 43. | April 2021 E-mails between Plaintiff and Dr. Thomas | MONGE 000266-000269 |
| 44. | April 2021 E-mails between Plaintiff, Dr. Tinney, and Dr. Woods | MONGE 000310 |
| 45. | April 2021 E-mail between Plaintiff, J. DiSanto, and Dr. Tinney | MONGE 000311-000314 |
| 46. | Photographs of the B-1 Remains | MONGE 000533-000545 |
| 47. | Plaintiff's 2011 Performance and Staff Development Plan | MONGE 000546-000562 |
| 48. | 2016 Performance and Staff Development Plan | MONGE 000565-000566 |
| 49. | Dr. Hameli's Report | MONGE 000770-000778 |
| 50. | January 24, 1986 Report by Judy Myers Suchey, Ph.D. | MONGE 000811-000817 |
| 51. | May/June 2008 Pennsylvania Gazette Article | MONGE 000994-001000 |
| 52. | Plaintiff's 2020 Self-Evaluation | MONGE 001052-001061 |
| 53. | September 23, 1986 Receipt of Remains | MONGE 001073 |
| 54. | Association of Black Anthropologists April 28, 2021 Statement | MONGE 001113-001122 |
| 55. | September-October 2014 E-mails between Plaintiff and M. Burnley | MONGE 001590-001592 |
| 56. | December 2014 E-mails between Plaintiff and M. Burnley | MONGE 001613-001614 |
| 57. | January-February E-mails between Plaintiff and M. Burnley | MONGE 001670-001674 |
| 58. | April 2021 E-mails from Plaintiff, Dr. Tinney, and S. Tiongson-Perez | MONGE 001733-001735 |
| 59. | April 2021 E-mails between Plaintiff and Dr. Mann | MONGE 001769 |
| 60. | April 2021 E-mails between Plaintiff and Dr. Mann | MONGE 001805-001807 |
| 61. | Haverford College Statement | MONGE 001850-001852 |

| | | |
|---|---|---|
| 62. | July 20, 2014 Philadelphia Magazine Article | Penn 0007-0011 |
| 63. | May 18, 2021 AAA Biological Anthropology Section Statement | Penn 0159-0160 |
| 64. | April 26, 2021 American Anthropological Association statement | Penn 0161-0162 |
| 65. | AABA Statement | Penn 0163 |
| 66. | April 29, 2021 BSU Statement | Penn 0170 |
| 67. | Bryn Mawr College Statement | Penn 0171-0172 |
| 68. | May 4, 2021 Middle East Section of the American Anthropological Association Statement | Penn 0177-0178 |
| 69. | June 23, 2021 University of Connecticut Statement | Penn 0187 |
| 70. | Penn Museum Report Regarding Body G | Penn 0210-0216 |
| 71. | Images of Body G Remains | Penn 1202-1203 |
| 72. | Annotated Photographs from 2014 Archaeology Day | Penn 1210-1211 |
| 73. | Coursera Video: MOVE Lesson 1 | Penn 1583 |
| 74. | Coursera Video: MOVE Lesson 2 | Penn 1584 |
| 75. | Coursera Video: MOVE Lesson 3 | Penn 1585 |
| 76. | Coursera Video: MOVE Lesson 4 | Penn 1586 |
| 77. | Coursera Video: MOVE Lesson 5 | Penn 1587 |
| 78. | Plaintiff's Wikipedia Page | Penn 1647-1649 |
| 79. | May 23, 2026 Declaration of John Taggart | Penn 1675-1676 |
| 80. | Plaintiff's IMDb page | Penn 1816-1818 |
| 81. | June 16, 2026 Declaration of M. Burnley | Penn 1919-1920 |
| 82. | April 26, 2021 Princetonian Article | Penn 1923-1928 |
| 83. | Photographs of Body G Remains | Penn 1940-2081 |
| 84. | Images of Room 149 | Penn 3636-3637 |
| 85. | Receipt of Transfer of Body G to Terry Funeral Home | Penn 3786 |
| 86. | Public Videos of Plaintiff | Penn 6279 |
| 87. | May 11, 2021 Statement from Princeton Anthropology Graduates | Penn_ESI_000000005-0007 |
| 88. | May 2021 E-mails from Plaintiff and G. Sloan | Penn_ESI_000000238 |
| 89. | April 2021 E-mails between Plaintiff and J. Tiongson-Perez | Penn_ESI_000000425-0429 |
| 90. | April 2021 E-mails between Plaintiff, M. Fixdal, and J. Himpele | Penn_ESI_000000436-0440 |
| 91. | April 2021 E-mails between Plaintiff and Dr. Rouse | Penn_ESI_000000448-0454 |
| 92. | April 2021 E-mails between Dr. Mitchell, Dr. Tinney, Dr. Woods, Dr. Thomas, and Dr. Morrison | Penn_ESI_000000729 |

| | | |
|---|---|---|
| 93. | Attachments to the April 2021 E-mails between Dr. Mitchell, Dr. Tinney, Dr. Woods, Dr. Thomas, and Dr. Morrison | Penn_ESI_000000739-0761 |
| 94. | April 2021 E-mails between Dr. Thomas, Dr. Morrison, and Dr. Mitchell | Penn_ESI_000000784-0788 |
| 95. | April 2021 E-mails between Dr. Thomas, Dr. Morrison, and Dr. Mitchell | Penn_ESI_000001100-1104 |
| 96. | April 2021 E-mails between Dr. Woods and Dr. Doughty | Penn_ESI_000001458-1459 |
| 97. | April 2021 E-mails between Dr. Woods and Dr. Colwell | Penn_ESI_000001636 |
| 98. | April 2021 E-mails between L. Charney and L. Hunter and Dr. Pritchett | Penn_ESI_000001797-1799 |
| 99. | April 2021 E-mail between Dr. Brown and Dr. Pritchett | Penn_ESI_000001822 |
| 100. | E-mails between Plaintiff and M. Burnley | Penn_ESI_000001868-1870 |
| 101. | July 2014 E-mails between Plaintiff and M. Burnley | Penn_ESI_000001895-1896 |
| 102. | October 2014 E-mails between Plaintiff and M. Burnley | Penn_ESI_000001912-1914 |
| 103. | December 2014 E-mails between Plaintiff and M. Burnley | Penn_ESI_000001915-1916 |
| 104. | May 2014 E-mails between Plaintiff and M. Burnley | Penn_ESI_000001951-1954 |
| 105. | January 2021 E-mails between Plaintiff, Dr. Mann, and B. McNamara | Penn_ESI_000002141-2142 |
| 106. | April 2021 E-mails between Plaintiff and M. Fixdal | Penn_ESI_000002252-2253 |
| 107. | April 2021 E-mails between Plaintiff; Dr. Tinney, Dr. Woods, J. Tiongson-Perez | Penn_ESI_000002254-2261 |
| 108. | September 2021 E-mail from Dr. Morrison | Penn_ESI_000002382-2383 |
| 109. | September 2, 2021 E-mails between Dr. Morrison and Dr. Thomas | Penn_ESI_000002551-2553 |
| 110. | April 2021 E-mails between Dr. Mitchell, Dr. Morrison, and Dr. Woods | Penn_ESI_000002599-2600 |
| 111. | April 2021 E-mails between Dr. Mitchell, Dr. Thomas, and Dr. Woods | Penn_ESI_000002650-2656 |
| 112. | August 2021 E-mails between Dr. Tinney, Dr. Woods, A. Mitchell-Boyask and B. Dickey | Penn_ESI_00002686-00002688 |
| 113. | August 2021 Letter to Plaintiff from C. Woods | Penn_ESI_000002973 |
| 114. | April 2021 E-mails between J. Tiongson-Perez, Dr. Tinney, A. Mitchell-Boyask, E. Owens, and L. Whitaker | Penn_ESI_000003080-3085 |
| 115. | April 2021 E-mails between Plaintiff, Dr. Rouse, and Dr. Mann | Penn_ESI_000003214-3216 |

| | | |
|---|---|---|
| 116. | 2018 X-rays of bodies B-1 and G | Penn_ESI_00003516-3524 |
| 117. | 2019 Student Thesis "Who is Jane Doe" | Penn_ESI_00003634-3669 |
| 118. | April 17, 2021 E-mails between Dr. Mitchell and Dr. Woods | Penn_ESI_000003534-3536 |
| 119. | April 2021 E-mails between Dr. Thomas, Dr. Woods, and Dr. Pritchett | Penn_ESI_000003546-3548 |
| 120. | April 25, 2021 E-mail from Dr. Blakey | Penn_ESI_000004095-4096 |
| 121. | April 27, 2021 E-mail from Dr. Gould | Penn_ESI_000004135-4136 |
| 122. | July-August 2018 E-mails between Plaintiff and J. Weiss | Penn_ESI_000004391-4392 |
| 123. | Text messages between Dr. Mitchell and Maya Kassutto | Mitchell 000831-000836 |
| 124. | Coursera Course Syllabus | Penn_1593-1602 |
| 125. | April 26, 2021 Email from Plaintiff to Tinney and Woods | Penn_ESI_1421 |
| 126. | University of California-Riverside Anthropology Statement | Penn_0186 |
| 127. | Review of scene investigation written by Dr. Hameli | Penn_1318-1319 |
| 128. | B-1 Postmortem Report | Penn_6304 |
| 129. | Photographs of Body G | Penn_3642-3644 |
| 130. | April 26, 2021 E-mails between Dr. Rost, Dr. Pritchett | Penn_ESI_000001414 |
| 131. | Complaint | Philadelphia Court of Common Pleas |
| 132. | First Amended Complaint | Philadelphia Court of Common Pleas |
| 133. | Second Amended Complaint | ECF Doc. 133 |
| 134. | Plaintiff, Janet Monge's, Responses to Interrogatories of Defendant Paul Mitchell ("Mitchell") | |
| 135. | Plaintiff, Janet Monge's, Responses to Requests for Production of Documents of Defendant Paul Mitchell ("Mitchell") | |
| 136. | Transcript of Deposition of Plaintiff, March 28, 2024 and Exhibits | |
| 137. | Transcript and Video of Deposition of Plaintiff, March 19, 2026 and Exhibits | |
| 138. | Transcript and Video of Deposition of Plaintiff, May 19, 2026 and Exhibits | |
| 139. | Transcript of Deposition of Dr. Amy Gutmann and Exhibits | |
| 140. | Transcript of Deposition of Dr. Christopher Woods and Exhibits | |

| | | |
|---|---|---|
| 141. | Transcript of Deposition of Dr. Deborah Thomas and Exhibits | |
| 142. | Transcript of Deposition of Dr. Kathleen Morrison and Exhibits | |
| 143. | Transcript of Deposition of Dr. Paul Mitchell and Exhibits | |
| 144. | Transcript of Deposition of Dr. Stephen Tinney and Exhibits | |
| 145. | Transcript of Deposition of Dr. Wendell Pritchett and Exhibits | |
| 146. | August 3, 2026 Report Regarding Human Remains MOVE B-1 (Identified as Katricia Dotson) and MOVE G (Identified as Delicia Orr Africa by Thomas D. Holland, JD, PhD, DABFA | |
| 147. | Resume and CV of Dr. Holland | |

Dr. Mitchell reserves the right to use any exhibits identified by any other party. By listing the above exhibits, Dr. Mitchell does not waive the necessity to have them properly admitted into evidence pursuant to Federal Rule of Evidence 901.

Dr. Mitchell also reserves the right to introduce any evidence for rebuttal purposes, as appropriate.

## VI. JURY INSTRUCTIONS

Dr. Mitchell adopts and refers the Court to the jury instructions submitted by defendant The Trustees of the University of Pennsylvania, Wendell Pritchett, Amy Guttman, and Kathleen Morrison (the "Penn Defendants") with their pretrial memorandum.

## VII. SPECIAL INTERROGATORIES

Dr. Mitchell adopts and refers the Court to the special interrogatories submitted by the Penn Defendants with their pretrial memorandum.

## VIII. VERDICT FORM

Dr. Mitchell adopts and refers the Court to the verdict form submitted by the Penn Defendants with their pretrial memorandum.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

Date: November 16, 2026

By: */s Michael R. Galey*

Todd Alan Ewan, Esquire
Michael R. Galey, Esquire
Ivy Waisbord, Esquire
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19103
(610) 230-2141 (telephone)
(610) 230-2151 (facsimile)
mgaley@fisherphillips.com
tewan@fisherphillips.com
iwaisbord@fisherphillips.com

**CERTIFICATE OF SERVICE**

I, Michael R. Galey, Esquire hereby certify that on this 16th day of November 2026, true and correct copies of the forgoing Pretrial Memorandum of Defendant Paul Mitchell was filed electronically with the Clerk of the Court using the Court's ECF system, which will send notification of such filing to counsel of record at the e-mail address on file with the Court.

*/s Michael R. Galey*
Michael R. Galey, Esquire