**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JANET MONGE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **UNIVERSITY OF PENNSYLVANIA, *et al.*,** | : | **NO. 22-2942** |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW,** this 25th day of November, 2026, upon consideration of the Motion for Summary Judgment filed by Paul Mitchell (ECF No. 288), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** that, upon consideration of the Motion for Summary Judgment filed by Amy Gutmann, Wendell Pritchett, and the University of Pennsylvania (ECF No. 289), and the responses thereto, the Motion is **GRANTED.**

It is **FURTHER ORDERED** that, upon consideration of the Motion for Summary Judgment filed by Kathleen Morrison (ECF No. 291), and the responses thereto, the Motion is **GRANTED.**

It is **FURTHER ORDERED** that the pending motions in limine (ECF Nos. 301–308) and Emergency Motion for Trial Scheduling (ECF No. 324) are **DENIED AS MOOT.**

BY THE COURT:

Hon. Mia R. Perez